

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
HUSSEIN H. MANN and DEBRA HOUSTON-MANN

**DEFENDANTS**
CALUMET CITY, ILLINOIS

**(b)** County of Residence of First Listed Plaintiff  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Marcia B. Gevers, MARCIA B. GEVERS & ASSOCIATES, 19710 Governors Highway, Ste. 8, Flossmoor, IL 60422

Attorneys (If Known)
Mark Sterk, Esq., Odelson & Sterk, Ltd.
3318 W. 95th Street, Evergreen Park, IL 60805

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Diversity Cases Only)

FILED
JAN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IV. NATURE OF SUIT

08CV 555
JUDGE COAR
MAGISTRATE JUDGE DENLOW

[X] 890 Other Statutory Actions

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
42 U.S.C. Section 1983 and 28 U.S.C. Sections 2201 and 2202. Chapter 14 of the Municipal Code of Calumet City, IL is unconstitutional.

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [ ] Yes [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 1/25/08
SIGNATURE OF ATTORNEY OF RECORD