**FILED**
JAN 2 5 2008
Jan 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUSSEIN H. MANN and DEBRA HOUSTON-MANN, <br><br> Plaintiffs, <br><br> v. <br><br> CALUMET CITY, ILLINOIS, <br><br> Defendant. | 08CV 555 <br> JUDGE COAR <br> MAGISTRATE JUDGE DENLOW |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES PURSUANT TO LOCAL RULE 7.1

Plaintiffs HUSSEIN H. MANN and DEBRA HOUSTON-MANN, homeowners of 514 Forsythe, Calumet City, Illinois (the Property Owners), seek leave of this Court pursuant to Local Rule 7.1 to file the attached Memorandum of Law Supporting Its Motion for A Preliminary Injunction (the "Supporting Memorandum") which exceeds 15 pages. (See Exhibit A.) In support of this motion, the Property Owners state as follows:

1. On _____, Property Owners filed their Verified Complaint against defendant Calumet City, Illinois (the "City") seeking injunctive and declaratory relief, to redress the deprivation, under color of law, of rights guaranteed to the Property Owners and the citizens of the City by the Fourth, Fifth and Fourteenth Amendments to the United States Constitution and Article I, Sections 2, 6 and 15 of the Constitution of the State of Illinois.

2. On _____, Property Owners filed a Motion for A Preliminary Injunction requesting that this Court enter a preliminary injunction against the City enjoining the City from enforcing and taking certain other actions in connection with: (I) Section 14-1

of Article I of Chapter 14 of the Municipal Code of Calumet City, Illinois (the "Code"), entitled "Point of Sale Inspection Requirements" (the "Point of Sale Inspection Ordinance"), that requires warrantless searches of private property before the sale or transfer of such property; (ii) portion of the Point of Sale Inspection Ordinance that require sellers of lawfully-owned multi-family residences to "deconvert" them into structures with fewer income-producing rental units; and (iii) Section 14-711 of Division 2 of Article X of the Code entitled the "Rental Dwelling Inspection Ordinance," which requires annual warrantless searches of multi-family dwellings.

3. The Property Owners' challenge to those provisions requires an in-depth analysis of the Code under the Fourth, Fifth and Fourteenth Amendments to the United States Constitution. A complete discussion of these issues requires more than the 15 page limit provided for in Local Rule 7.1.

**WHEREFORE**, the Property Owners respectfully request that this Court allow the Property Owners to file the attached Supporting Memorandum.

Dated: _____, 2008

Respectfully submitted,

HUSSEIN H. MANN and DEBRA HOUSTON-MANN

By: _____
Marcia B. Gevers

Marcia B. Gevers
MARCIA B. GEVERS & ASSOCIATES
19710 Governors Highway, Suite 8
Flossmoor, IL 60422
Ph:   (708) 957-2700
Fax:  (708) 957-2720
Attorney No.: