UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois — CM/ECF LIVE, Ver 3.0
Eastern Division

Hussein H Mann, et al.
                    Plaintiff,

v.                                             Case No.: 1:08−cv−00555
                                               Honorable David H. Coar

Calumet City, Illinois
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

   MINUTE entry before Judge David H. Coar :Motion for leave to file [4] is stricken; Motion for preliminary injunction [5] is stricken for the movant's failure to notice the motions for a date certain pursuant to Local Rule 5.3(b). Motion #s4 & 5 terminated.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.