## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                      Case Number: 08 CV 555
HUSSEIN H. MANN and DEBRA HOUSTON-MANN,
Plaintiffs,
v.
CALUMET CITY, ILLINOIS,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Intervenors, MAINSTREET ORGANIZATION OF REALTORS(r)
and AYANNA WALKER

| | |
|---|---|
| NAME (Type or print)<br>Patrick T. Nash | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Patrick T. Nash | |
| FIRM<br>Grippo & Elden LLC | |
| STREET ADDRESS<br>111 South Wacker Drive; 51st Floor | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6207441 | TELEPHONE NUMBER<br>(312) 704-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, certify that on this 21st day of March, 2008, I served the foregoing **APPEARANCE**, to the following by Electronic Mail Transmission via the ECF System upon:

>Mark H. Sterk
>ODELSON & STERK, LTD.
>3318 West 95th Street
>Evergreen Park, IL  60805
>
>John B. Murphey
>ROSENTHAL, MURPHEY & COBLENTZ
>30 North LaSalle Street
>Suite 1624
>Chicago, IL  60602
>
>Marsha B. Gevers
>MARCIA B. GEVERS & ASSOCIATES
>19710 Governors Highway, Suite 8
>Flossmoor, IL  60422

>/s/ Patrick T. Nash
>Patrick T. Nash

146604v1