U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 555 |
|---|---|

HUSSEIN H. MANN and DEBRA HOUSTON-MANN,
Plaintiffs,
v.
CALUMET CITY, ILLINOIS,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Intervenors, MAINSTREET ORGANIZATION OF REALTORS(r) and AYANNA WALKER

| NAME (Type or print) |
|---|
| Maggie M. Hanel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Maggie M. Hanel |
| FIRM |
| Grippo & Elden LLC |
| STREET ADDRESS |
| 111 South Wacker Drive; 51st Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286328 | (312) 704-7700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

I, Maggie M. Hanel, certify that on this 21st day of March, 2008, I served the foregoing **APPEARANCE**, to the following by Electronic Mail Transmission via the ECF System upon:

>Mark H. Sterk
>ODELSON & STERK, LTD.
>3318 West 95th Street
>Evergreen Park, IL  60805
>
>John B. Murphey
>ROSENTHAL, MURPHEY & COBLENTZ
>30 North LaSalle Street
>Suite 1624
>Chicago, IL  60602
>
>Marsha B. Gevers
>MARCIA B. GEVERS & ASSOCIATES
>19710 Governors Highway, Suite 8
>Flossmoor, IL  60422

>>/s/ Maggie M. Hanel
>>Maggie M. Hanel

146606v1