IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUSSEIN H. MANN and DEBRA HOUSTON-MANN,<br><br>    *Plaintiffs,*<br><br>v.<br><br>CALUMET CITY, ILLINOIS,<br><br>    *Defendant.* | )<br>)<br>)  Case No. 08 CV 555<br>)<br>)  Judge David H. Coar<br>)  Magistrate Judge Morton Denlow<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

TO:   John B. Murphey
        ROSENTHAL, MURPHEY & COBLENTZ
        30 North LaSalle Street
        Suite 1624
        Chicago, IL 60602

Mark H. Sterk
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805

Marcia B. Gevers
MARCIA B. GEVERS & ASSOCIATES
19710 Governors Hwy
Suite 8
Flossmoor, IL 60422

      PLEASE TAKE NOTICE, that on Wednesday, March 26, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in courtroom 1419 of the United States District Courthouse for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **MOTION OF MAINSTREET ORGANIZATION OF REALTORS® AND AYANNA WALKER FOR LEAVE TO INTERVENE**, copies of which are attached hereto.

DATED: March 21, 2008

                                    Respectfully submitted,

                                    **MAINSTREET ORGANIZATION OF REALTORS® and AYANNA WALKER**

                                    By: /s/ Patrick T. Nash
                                         One of Their Attorneys

Philip C. Stahl
Patrick T. Nash
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

146394v1

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, certify that on this 21st day of March, 2008, I served the foregoing **NOTICE OF MOTION**, to the following by Electronic Mail Transmission via the ECF System upon:

Mark H. Sterk
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805

John B. Murphey
ROSENTHAL, MURPHEY & COBLENTZ
30 North LaSalle Street
Suite 1624
Chicago, IL 60602

Marcia B. Gevers
MARCIA B. GEVERS & ASSOCIATES
19710 Governors Hwy
Suite 8
Flossmoor, IL 60422

/s/ Patrick T. Nash
Patrick T. Nash

146394v1