IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUSSEIN H. MANN and DEBRA HOUSTON-MANN, <br><br> *Plaintiffs,* <br><br> v. <br><br> CALUMET CITY, ILLINOIS, <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 08 CV 555 <br><br> Judge David H. Coar <br> Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO:   John B. Murphey          Mark H. Sterk              Marcia B. Gevers
      ROSENTHAL, MURPHEY &      ODELSON & STERK, LTD.      MARCIA B. GEVERS &
      COBLENTZ                  3318 West 95th Street      ASSOCIATES
      30 North LaSalle Street   Evergreen Park, IL 60805   19710 Governors Hwy
      Suite 1624                                           Suite 8
      Chicago, IL 60602                                    Flossmoor, IL 60422

   PLEASE TAKE NOTICE, that on Monday, March 31, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in courtroom 1419 of the United States District Courthouse for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **MOTION OF INTERVENORS MAINSTREET ORGANIZATION OF REALTORS® AND AYANNA WALKER TO STAY**, copies of which are attached hereto.

DATED:  March 26, 2008                          Respectfully submitted,

                 **MAINSTREET ORGANIZATION OF
                 REALTORS® and AYANNA WALKER**


                 By:/s/ Patrick T. Nash
                    One of Their Attorneys

Philip C. Stahl
Patrick T. Nash
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

146961v1

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, certify that on this 26th day of March, 2008, I served the foregoing **NOTICE OF MOTION**, to the following by Electronic Mail Transmission via the ECF System upon:

>Mark H. Sterk
>ODELSON & STERK, LTD.
>3318 West 95th Street
>Evergreen Park, IL  60805
>
>John B. Murphey
>ROSENTHAL, MURPHEY & COBLENTZ
>30 North LaSalle Street
>Suite 1624
>Chicago, IL  60602
>
>Marcia B. Gevers
>MARCIA B. GEVERS & ASSOCIATES
>19710 Governors Hwy
>Suite 8
>Flossmoor, IL  60422

>/s/ Patrick T. Nash
>Patrick T. Nash

146961v1