## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Hussein H Mann, et al.

                        Plaintiff,

v.                                                 Case No.: 1:08−cv−00555
                                                   Honorable David H. Coar

Calumet City, Illinois

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 3/26/2008 regarding motion to intervene [21]. MOTION by Intervenor Parties Mainstreet Organization Of Realtors, Ayanna Walker for leave to intervene [21] is granted. A motion to stay will be filed and noticed for presentment. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.