UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Hussein H Mann, et al.
                              Plaintiff,

v.                                                Case No.: 1:08−cv−00555
                                                    Honorable David H. Coar

Calumet City, Illinois
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 3/31/2008 regarding motion to stay [23]. MOTION by Intervenor Parties Mainstreet Organization Of Realtors, Ayanna Walker to stay [23] is granted. This action is stayed pending Judge Shadur's ruling in case #07 C 6148 Walker v. Calcumet City, IL − "on whether to Preliminarily enjoin City's Point of Sale Inspection Ordinance". Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.