IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUSSEIN M. MANN and ) | | |
| DEBRA HOUSTON-MANN, ) | | |
| Plaintiffs, ) | Case No. 08 C 555 | |
| vs. ) | | |
| ) | Judge David H. Coar | |
| CALUMET CITY, ILLINOIS, ) | Magistrate Judge Morton Denlow | |
| Defendant. ) | | |

## MOTION TO LIFT STAY

Defendant City of Calumet City ("City") moves this Court to lift the stay order in this cause and set the matter down for further proceedings. In support of this Motion, the City states:

1. This Court previously entered a stay order in light of the pendency of Walker v. City of Calumet City, Case No. 07C 6148 before Judge Shadur.

2. On May 6, 2008, Judge Shadur directed the dismissal of the Walker case without prejudice on mootness grounds. In so acting, Judge Shadur indicated that the proceeding before this Court was the appropriate forum to adjudicate the issues.

3. With the Walker litigation being dismissed there is no reason for this Court to continue its stay.

WHEREFORE, defendant City of Calumet City prays that this Court lift the stay order and set this matter down for further proceedings.

City of Calumet City

By: /s/ John B. Murphey

| | |
|---|---|
| JOHN B. MURPHEY/ARDC #1992635 | MARK STERK/ARDC #3125540 |
| Rosenthal, Murphey & Coblentz | Odelson & Sterk, Ltd. |
| 30 North LaSalle Street, Suite 1624 | 3318 West 95th Street |
| Chicago, Illinois 60602 | Evergreen Park, Illinois 60805 |
| Tel. (312) 541-1070 | Tel. (708) 424-5678 |
| Fax (312) 541-9191 | Fax (708) 424-5829 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | | |
|---|---|---|
| Marcia B. Gevers | Mark H. Sterk | Philip C. Stahl |
| Marcia B. Gevers & Assoc. | Michael Joseph Hayes, Jr. | Maggie M. Hanel |
| 19710 Governors Hwy | Robert Wilder | Patrick Thomas Nash |
| Suite 8 | Richard F. Bruen, Jr. | Grippo & Elden |
| Flossmoor, Illinois 60422 | Odelson & Sterk | 111 South Wacker Drive |
| | 3318 W. 95th St. | Chicago, Illinois 60606 |
| | Evergreen Park, Ill. 60805 | |

Donald P. Bunin
Mark A. Semisch
Grippo & Elden LLC
111 South Wacker Drive
Chicago, Illinois 60606

        /s/   Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191