IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**HUSSEIN M. MANN and DEBRA HOUSTON-MANN,**

                      **Plaintiffs,**

    vs.

**CALUMET CITY, ILLINOIS,**

                      **Defendant.**

No. 08 C 555

Judge David H. Coar

Magistrate Judge Morton Denlow

## NOTICE OF MOTION

**TO:**

| Marcia B. Gevers | Philip C. Stahl | Mark H. Sterk |
| Marcia B. Gevers & Assoc. | Maggie M. Hanel | Amy Elaina Zale |
| 19710 Governors Hwy | Patrick Thomas Nash | Tiffany Nelson |
| Suite 8 | Grippo & Elden | Odelson & Sterk, Ltd. |
| Flossmoor, Ill. 60422 | 111 South Wacker Dr. | 3318 West 95th Street |
|  | Chicago, Ill. 60606 | Evergreen Park, Ill. 60805 |

Donald P. Bunin
Mark A. Semisch
Grippo & Elden LLC
111 South Wacker Drive
Chicago, Illinois 60606

    PLEASE TAKE NOTICE that on **Thursday, May 15, 2008**, I shall appear before the Honorable David H. Coar, at the Dirksen Federal Building, 219 S. Dearborn St., Room 1419, Chicago, Illinois at **9:00 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **MOTION TO LIFT STAY** a copy of which is attached hereto and served upon you herewith.

                                              /s/ John B. Murphey

JOHN B. MURPHEY
ARDC # 1992635
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for City of Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel.: (312) 541-1070
Fax: (312) 541-9191

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Philip C. Stahl  
Maggie M. Hanel  
Patrick Thomas Nash  
Grippo & Elden  
111 South Wacker Drive  
Chicago, Illinois 6060  

Mark H. Sterk  
Amy Elaina Zale  
Tiffany Nelson  
Odelson & Sterk, Ltd.  
3318 West 95th Street  
Evergreen Park, Illinois 60805  

Marcia B. Gevers  
Marcia B. Gevers & Assoc.  
19710 Governors Hwy  
Suite 8  
Flossmoor, Ill. 60422  

Donald P. Bunin  
Mark A. Semisch  
Grippo & Elden LLC  
111 South Wacker Drive  
Chicago, Illinois 60606  

    /s/    Douglas M. Doty  
ROSENTHAL, MURPHEY & COBLENTZ  
Attorneys for the City of Calumet City  
30 North LaSalle Street, Suite 1624  
Chicago, Illinois 60602  
Tel. (312) 541-1070  
Fax (312) 541-9191