# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 555 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Mann, et al vs. Calumet City, Illinois | | |

**DOCKET ENTRY TEXT**

Motion [30] by defendant Calumet City, Illinois to Lift Stay is granted. The stay is lifted. The Rule 16(b) Scheduling Conference is reset for May 29, 2008 at 9:00 a.m (procedures for filing of the report and order are detailed document # 17). The parties are to be prepared to address ( at the Rule 16 (b) scheduling conference) the issue of whether the order granting leave to intervene should be revisited in light of Judge Shadur's order in the <u>Walker</u> case. Parties need not appear on the noticed motion date of 5/15/2008. /s/David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|