# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of       Case Number: 08 CV 555

HUSSEIN H. MANN and DEBRA HOUSTON-MANN
   Plaintiffs,

v.

CALUMET CITY, ILLINOIS
   Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiffs Hussein H. Mann and Debra Houston-Mann

| | |
|---|---|
| NAME (Type or print) <br> Patrick T. Nash | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Patrick T. Nash | |
| FIRM <br> Grippo & Elden LLC | |
| STREET ADDRESS <br> 111 South Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6207441 | TELEPHONE NUMBER <br> (312) 704-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |