## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>HUSSEIN H. MANN and DEBRA HOUSTON-MANN<br>    Plaintiffs,<br>v.<br>CALUMET CITY, ILLINOIS<br>    Defendant. | Case Number: 08 CV 555 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiffs Hussein H. Mann and Debra Houston-Mann

| |
|---|
| NAME (Type or print)<br>Mark A. Semisch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Mark A. Semisch |
| FIRM<br>Grippo & Elden LLC |
| STREET ADDRESS<br>111 South Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281499 | TELEPHONE NUMBER<br>(312) 704-7700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐