# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REALTOR® ASSOCIATION OF WEST/ SOUTH SUBURBAN CHICAGOLAND, | ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 06 C 2271 |
| v. | ) ) | Judge Milton I. Shadur |
| CALUMET CITY, ILLINOIS, | ) ) | |
| *Defendant.* | ) ) | |

**ORDER DENYING MOTION FOR ORDER
TO SHOW CAUSE AND GRANTING OTHER RELIEF**

Plaintiff filed a Motion for Order to Show Cause Why Defendant Should not be

Held in Contempt for Violating the Court's Injunction. For the reasons stated at the

December 29, 2006, February 2, 2007 and March 2, 2007 hearings on the motion and based on

the written submissions of the parties, IT IS HEREBY ORDERED:

1.     The owners of the property at 514 Forsythe in Calumet City, along with the

involved real estate brokers, are entitled to be compensated by Calumet City for the damages

they incurred or will incur in the future in connection with their failed closing of the sale and

transfer of the property on or about October 31, 2006.

2.     The owners of the property at 514 Forsythe in Calumet City, along with the

involved real estate brokers, are entitled to be compensated by Calumet City for reasonable

attorneys' fees and related costs incurred in enforcing their rights under paragraph 1 of this

Order.

3.     Persons who acquired property in Calumet City when the version of Calumet

City's ordinance attached hereto as Exhibit A (the "1996 Ordinance") was in force, are entitled

to sell or otherwise transfer their property pursuant to the terms of the 1996 Ordinance.

110975v3

4.    Calumet City shall distribute the Notice attached hereto as Exhibit B to all personnel in its Housing Department and/or its Department of Inspectional Services.

5.    Except as set forth above, Plaintiff's Motion for Order to Show Cause Why Defendant Should not be Held in Contempt for Violating the Court's Injunction is denied.

Dated:    March 14, 2007                ENTERED:

_____
Judge Milton I. Shadur

110975v3

A

1996
ORDINANCE

BUILDINGS, BUILDING REGULATIONS　　　§ 6-308

### Sec. 6-308. Point of sale inspection requirement.

(a) A department of inspectional services is hereby created pursuant to this section. The department of inspectional services shall be headed by a director of inspectional services who shall be a member of the Calumet City Fire Department appointed by the chief of the department. All inspectional services concerning point-of-sale matters within the city, including building and housing, shall be under the jurisdiction of the fire department, department of inspectional services. The building commissioner/deputy director of inspectional services and the housing director/deputy director of inspectional services shall be responsible for reporting to the director of inspectional services relative to all matters relating to this section and the director of inspectional services shall have full authority to direct, train and provide appropriate personnel subject to city council approval as to expenditures and/or requirements as provided herein. For the purpose of this section, a point-of-sale inspection shall be required relative to any transfer of any interest in property, which is subject to this section, except as exempted herein.

(b) At the point of sale of any one-family, two-family, multiple-family dwelling unit or structure, or commercial/industrial structure within the city, the seller shall apply for a "certificate of compliance" to the department of inspectional services or to any department so designated by the department of inspectional services in order to comply with the following requirements:

(1) Electrical service: Single-family residence shall have a minimum of a one-hundred (100) amp service and multiple unit residences shall comply with the latest code.

(2) All structures shall be in a good state of repair as to general building maintenance, including on-site sidewalks and accessory structures, including any legal nonconforming use structures, and in full compliance with Calumet City building and zoning ordinances, including any B.O.C.A. codes adopted by the city.

(3) All units, whether single- and/or multiple-family units or commercial units, shall be in compliance with all current building codes, housing codes and fire code requirements and regulations, including, but not limited to, the installa-



§ 6-308                    CALUMET CITY CODE

tion and maintenance of smoke detectors. In the event a single-family dwelling has been converted to a multi-unit apartment (more than one (1)) without the benefit of permit or approval of the city and such conversion has taken place more than fifteen (15) years prior to the date of the first inspection of the subject property pursuant to this section, the inspector shall make note on any form provided by the department of inspectional services that the property is not in compliance with zoning requirements and may be subject to additional compliance requirements upon any subsequent sale. Commencing with the third transfer of the property after the date of this section, the transferor shall be required to be in full compliance with all Calumet City building and zoning ordinances, including any B.O.C.A. codes adopted by the city as provided herein. Further, in the event any single-family unit has been converted to multiple-family dwellings, regardless of the number of units within what was originally intended to be a single-family residence, the owner of such property shall immediately register the property with the housing director/deputy director of inspectional services and shall henceforth comply with all inspectional requirements of the department of housing. This provision is specifically subject to all other provisions of this section heretofore and hereinafter delineated.

(4) After the initial inspection as provided herein, the director of inspectional services may require additional independent certification by a contractor who has registered with the department of inspectional services. Wherever possible, all contractors registered with the department of inspectional services shall be bonded and shall make available, upon request, copies of errors and omissions insurance policies which cover city inspections.

(5) In the event the inspection reveals any violation of any applicable provision of this section or any building and/or zoning or other code adopted by the city and in lieu of immediate compliance by the seller, the buyer and the seller agree, and the buyer accepts the responsibility, to bring the structure into compliance with all applicable

BUILDINGS, BUILDING REGULATIONS          § 5-308

Code requirements within a period not to exceed one hundred twenty (120) working days after the closing of the transaction, and a conditional certificate of compliance shall be issued in order to allow the transaction (closing) to be completed. Said conditional certificate of compliance shall be issued by the department of inspectional services or the department's designees and said certificate shall terminate and be held for naught on the 121st day after closing and no extensions will be granted. A buyer who elects to accept the premises, subject to the inspection, with existing violations, and who agrees, in order to close the transaction, to be responsible as provided herein, shall execute a sworn affidavit satisfactory to the director of inspectional services, which will clearly indicate that the buyer is fully aware of the existing violations and any violations which may subsequently occur prior to the expiration of the conditional certificate and further agrees to accept the requirement and obligation to bring the structure into compliance within the one hundred twenty (120) working day requirement. Further, in the event the buyer fails to complete said obligation, the buyer hereby agrees to submit to the jurisdiction and venue of the Circuit Court of Cook County and to waive service of summons subject only to the notice requirement as required by law in order to enable the city to expeditiously obtain an order of compliance with this section.

(6) Any legal nonconforming use structure which has been vacant for a period of twelve (12) months shall not be re-established and shall be brought into conformity with appropriate zoning requirements and building codes pursuant to the latest then in force codes and zoning requirements. No exceptions will be permitted.

(7) Any approved structure (approved on the last inspection date) registered with the housing department at the point of sale which contains a nonconforming and unpermitted use shall be returned to the proper use suitable to the city zoning and building codes that relate to the condition approved at the time of registration with the department of housing.

§ 6-308                    CALUMET CITY CODE

(8) The director of inspectional services or his/her designee may, where appropriate, based upon the age of the structure, subject to inspection and based upon a recognition that the structure was in conformity with the existing Code requirements at the time of construction, waive compliance, in part or in its entirety as heretofore described, with the exception that life safety, fire and public safety code requirements and electrical service as required in paragraph (b)(1) of this section, shall not be waived and a certificate of compliance in all respects shall not issue unless the seller and/or buyer, as per paragraph (5) above, agree to comply with the requirements for upgrading relative to fire, public safety and health requirements pursuant to existing zoning and/or building code requirements at the time of the request for a point-of-sale inspection.

(9) Subject to paragraphs (3) and (8) of this section, it is intended that inspection requirements conform to all building code and zoning requirements of the city, including, but not limited to, Code requirements as provided in Section 6-308(b)(2).

(10) A certificate of compliance issued to the seller shall be valid for one hundred eighty (180) days from the date of issuance.

(c) Transfer stamps, as required by sections 26-70 et seq. of the Calumet City Municipal Code, shall not be issued by the clerk until a point-of-sale inspection has been completed and a "certificate of compliance," as well as the required paid water bill, has been issued to the seller by the director of inspectional services and appropriate peronnel of the water department.

(d) In issuing a certificate of compliance, whether temporary or permanent, the city does not make any warranty, representation or statement nor does it intend to insure or guarantee to either buyer or seller of the property subject to the point-of-sale inspection or any of their designees, agents, representatives, heirs or assigns or any other interested party, including mortgage companies, insurance companies, banks or any other party which may have any interest relative to the property subject to the point-of-

BUILDINGS, BUILDING REGULATIONS      § 6-400

sale inspection, nor does the city affirm that there are no additional unnoted violations relative to any other provisions of any of the codified ordinances of the city, the B.O.C.A. Code or relevant statutes, ordinances, rules and regulations of the County of Cook, the State of Illinois or the United States of America.

(e) Inspection fee schedule.

(1) The fee for a point-of-sale inspection shall be one hundred dollars ($100.00) for all residential and multifamily inspections for the initial inspection and one (1) follow-up inspection. Commercial and industrial building inspection fees shall be at the rate of ten cents ($0.10) per square foot, with the minimum fee being one hundred dollars ($100.00) and the maximum fee being seven hundred fifty dollars ($750.00). Additional required follow-up inspections shall be at the rate of fifty dollars ($50.00) each. The failure of an owner/seller or his/her designee to appear at the time of inspection shall result in a fifty dollar ($50.00) penalty.

(2) In the event additional inspections are required as per subsection (b)(4) herein, the cost of said additional inspections shall be borne by the owner/seller.
(Ord. No. 96-28, § 1, 5-9-96)

Secs. 6-309—6-399. Reserved.


ARTICLE IX. INTERNATIONAL MECHANICAL CODE

Sec. 6-400. International Mechanical Code—Adopted.

A certain document, one (1) copy of which is on file in the office of the City Clerk of the City of Calumet City, Cook County, Illinois, being marked and designated as "2000 International Mechanical Code" be and is hereby adopted by the City of Calumet City in the State of Illinois; for the regulation of the design, installation, maintenance, alteration and inspection of mechanical systems that are permanently installed and utilized to provide control of environmental conditions and related processes within buildings and also regulate those mechanical sys-

B

ROSENTHALMURPHYCOBLENT Fax: 13125419191          Jan 15 2007 12:50pm  P004/005

TO:          Calumet City Department of Inspectional Services

FROM:        Mark H. Sterk, City Attorney

DATE:        January 15, 2007

RE:          Administration of Real Estate Transfer Tax Ordinance


This memorandum will reiterate prior direction to the Department. Until further notice:

1.    No further point-of-sale inspections are to be made.

2.    The processing of transfer declaration applications should proceed without regard to the zoning status of any property. During the course of your processing of these applications, you should not comment on whether a property is conforming or nonconforming to the existing zoning classification. You should not require payment of any outstanding water bills prior to, or as a condition of, the issuance of the transfer stamps. You should not make any mention of "deconverting" multi-family dwellings. Simply continue to verify the transfer information as set forth on the modified attached "Information Sheet." Once the information is verified, the application should be sent to the City Clerk's office for the payment of the tax and the issuance of stamps.

3.    These procedures shall remain in effect until further notice.

ROSENTHALMURPHYCOBLENT Fax:13125419191          Jan 15 2007 12:50pm P005/005

# Information sheet

## CITY OF CALUMET CITY
## DEPARTMENT OF INSPECTIONAL SERVICES
### 708-891-8120

Property Address _____

Current Owner Name: _____ Home Phone _____

Current Owner's Address: _____ Bus. Phone _____

    If land trust, state beneficiaries with names and address on an attached sheet*

Property Index Number (P.I.N.) of all associated property: _____

Property Type: Residential ____ Commercial ____ Multifamily ____ #of Units _____

Listing Broker: _____ Company _____ Phone _____

Selling Broker: _____ Company _____ Phone _____

Prospective buyer (include all buyers to prospective deed)* _____

Buyers Current Address: _____

Will the buyer occupy the property? YES ____ NO ____ Buyers Phone _____

Buyers Lending Institution _____ Phone _____

Date of Closing _____ Contract Price _____ Loan: FHA/HUD ___ Conven. ___ Cash ___

Owner/Authorized Agent Signature _____ / _____ Date _____

# EXHIBIT I



3318 WEST 95TH STREET
EVERGREEN PARK, IL. 60805
(708) 424-5678
FAX (708) 425-1898
www.odelsonsterk.com

RECEIVED AUG 2 7 2007

August 23, 2007

Ms. Marcia B. Gevers
Marcia B. Gevers & Associates
19710 Governors Highway, Suite 8
P.O. Box 146
Flossmoor, Illinois 60422

Re:   *Realtor's Association of West/South Suburban Chicagoland v. Calumet City*
       *Case # 06 C 2271*

Dear Ms. Gevers:

   This is response to your August 15, 2007 correspondence to John Murphy outlining your client's demands in connection with the property at 514 Forsythe in Calumet City.

   I am 1413 North West Street unaware of an order entered by Judge Shadur directing that your client's are entitled to any relief. Absent such an order we respectfully decline to respond to the demand. Please forward all future communications regarding this matter directly to me.

                                         Very truly yours,

                                         **ODELSON & STERK, LTD.**

                                         Mark H. Sterk

MHS/sp

cc:    John B. Murphey