IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUSSEIN H. MANN and DEBRA HOUSTON-MANN,<br><br>    Plaintiffs,<br><br>v.<br><br>CALUMET CITY, ILLINOIS,<br><br>    Defendant. | )<br>)<br>)<br>) Case No. 08-cv-00555<br>)<br>) Judge David H. Coar<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

To: John B. Murphey       Mark H. Sterk
   Rosenthal Murphey & Coblentz  Odelson & Sterk, Ltd.
   30 North LaSalle Street     3318 West 95th Street
   Suite 1624          Evergreen Park, Illinois 60805
   Chicago, Illinois 60602

  PLEASE TAKE NOTICE that on May 28, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in courtroom 1419 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **PLAINTIFFS HUSSEIN H. MANN AND DEBRA HOUSTON-MANN'S MOTION FOR MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**, a copy of which is attached hereto.

Dated: May 21, 2008       Respectfully submitted,

               HUSSEIN H. MANN and DEBRA HOUSTON-MANN,


               By: /s/ Patrick T. Nash
                  One of Their Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Mark A. Semisch
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

151698v1