# Exhibit H

1604 MEMORIAL DR.

H

Finaled out report 8/6/96

P.O.S.
8-16-96
11:00

Re-Insp
6-20-9
10 AM

R9 Insp
6-24-97
1:30
FINAL
6-24-9

P.O.S.
12-30-05
2:22

R.I.
1-15-08
1:00

CHECK GFI GARAGE & OUTSIDE
R? SOUTH ONLY OK

5-13-05
FINAL

②

# CALUMET CITY FIRE DEPARTMENT

## DEPARTMENT OF INSPECTIONAL SERVICES
### POINT OF SALE TRACKING SHEET

Location of inspection _1604 MEMORIAL DR_

Present Zoning _R-3_ Aldermanic Ward _4_ Sidwell Grid _36-14-126_

Court Cases Pending _none_

Last Rental Inspection _5/23/03_ Units Approved _3 (4 units 1 - 0/0)_

Last Fire Inspection _6/24/97_ Last Building Inspection _6/24/97_

Any Previous Modifications/ Additions _none_

Current Violations on File? Rental _No_ Fire _No_ Health _N/A_

Reviewed by: Housing _GK_ Date _____ Fire _GK_ Date_____

Building _GK_ Date_____ Health _N/A_ Date_____

Inspector Assigned _URÒDECK_

Conditional Certificate Approved by Dept. Director _____ Date_____

Final Inspection Date _5-13-05_ Inspector _Daryl Bartoek #106_

Certificate Approval by Dept. Director _____ Date _5/13/05_

②

# CALUMET CITY FIRE DEPARTMENT
## DEPARTMENT OF INSPECTIONAL SERVICES
(708) 891-8120
### RESIDENTIAL/MULTIFAMILY P.O.S. INSPECTION

The following is the result of the inspection on the occupancy at _1604 MEMORIAL_. This inspection is not in any way intended to be a complete list of Code or Municipal Ordinance requirements. Our inspection can be substantially limited by access available and stored items or furniture. It is not meant to take the place of private home inspections nor will it cover the same items. Some occupancies may require certifications to be completed on individual systems such as the heating appliances, roofing, or fire protection systems. Specific requirements of the point of sale inspections and limitations is available by referring to Municipal Code Section 6-308 as amended on May 9,1996.The first inspection and subsequent re-inspection is included in the cost. Any additional inspections or failure of owner/agent/designee to appear for a scheduled inspection will require additional fees.

The inspector will note the deficiencies by writing "NO" in the blank in front of the statement and may additionally circle a specific area or make comments. On the back of the inspection sheets is some of the code language that relates to the deficiencies noted by the inspector. The "PM" sections refer to the present adopted Property Maintenance Code and the "MC" refers to Municipal Code references. There may be additional Code requirements that explain a deficiency. Non-conforming structures may be subject

Some of the repairs may require registered contractors and permits. If you have any questions about this inspection please call us at (708) 891-8120.

INSPECTOR _RoDeck_       1ST INSPECTION DATE _12-30-03_

I AM THE OWNER/AUTHORIZED AGENT ,OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.
OWNER/AUTHORIZED AGENT IN ATTENDANCE _Sharon Tilber_

PRINTED NAME _Sharon Tilber_

INSPECTOR _RoDeck_       REINSPECTION DATE _1-15-04_   TIME _1:00_
I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.

OWNER/AUTHORIZED AGENT IN ATTENDANCE _Sharon Tilber_

APPROVED FOR CERT. OF COMPLIANCE _____   DATE _5/13/05_

318

# GENERAL EXTERIOR

PM-303.1    All exterior property and premises shall be maintained in a clean, safe, and sanitary condition. The occupant shall keep that part of the exterior property which such occupant occupies or controls in a clean and sanitary condition.

PM-303.2    All premises shall be graded and maintained to prevent the accumulation of stagnant water thereon, or within any structure thereon.

PM-303.3    All sidewalks, driveways, parking spaces, and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions. Stairs shall comply with the requirements of Sections PM-304.1 and PM-702.9.

MC 28-2    All premises and exterior property shall be maintained free from weeds or plant growth in excess of 6 inches. All noxious weeds shall be prohibited. Weeds shall be defined as all grasses, annual plants, and vegetation, other than trees or shrubs provided; however this term shall not include cultivated flowers and gardens. (Property Maintenance Code covers this item at PM 303.4)

PM-303.7    All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

PM-304.1    The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety, or welfare.

PM-304.2    Each structure to which a street number is assigned shall have such number displayed in a position easily observed and readable form the public right-of-way. All numbers shall be in Arabic numerals at least 3 inches high and ½ inch stroke. **NOTE: This includes garages in alleys.**

PM-304.5    All exterior walls shall be free from holes, breaks, loose, or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration.

PM-304.6    The roof and flashing shall be sound, tight, and not have defects that admit rain. Roof drainage shall be adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof water shall not be discharged in a manner that creates a public nuisance. **NOTE: These areas are examined from areas not requiring a ladder. The inspectors' approval of this item should not be considered a certification of the roof. The inspectors may require certification or repair of the roof based on their limited observations.**

PM-304.8    All overhang extensions shall be maintained in good repair and be properly anchored so as to be kept in a safe and sound condition. Summarized - All exposed elements shall be protected from the elements and against decay or rust.

PM-304.9    All chimneys shall be maintained structurally safe and sound, and in good repair.

PM-304.11    Every window, door and frame shall be kept in sound condition, good repair and weather tight.

PM-304.11.1    All glazing materials shall be maintained free from cracks and holes.

PM-304.13    All exterior doors and hardware shall be maintained in good condition. Locks at all entrances to dwelling units, rooming units, and guest rooms shall tightly secure the door.

PM-702.11    All means of egress doors shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort.

PM-304.14    Every basement hatchway shall be maintained to prevent the entrance of rates, rain, and surface drainage water.

PM-306.1    All exterior property and premises, and the interior of every structure shall be free from any accumulation of rubbish or garbage.

(2)

## EXTERIOR OF HOUSE AND GARAGE

1) _Yes_   Are property areas being maintained in a clean, safe, and sanitary condition ?

2) _Yes_   Are private sidewalks, driveways, and similar areas being kept free from trip hazards, large cracks, etc. ?

3) _Yes_   Are the weeds, plant growth, and grasses less than 6 inches ?

4) _Yes_   Are fences, retaining walls, porches, and decks in good repair ?

5) _Yes_   Is the street address posted on the property and visible from the public right of ways such as the street and alley ?

6) _Yes_   **Missing or deficient at     REAR OF GARAGE     HOUSE**
Are the gutters, siding, fascia, and soffit areas free of peeling paint and deterioration ?

7) _Yes_   Are all the exterior walls and chimneys in good repair ?

8) _Yes_   Is the roof preventing the elements from damaging the structure ?
**CERTIFICATION NEEDED YES ____ NO _X_**

9) _No_   Are all windows, doors, screens,  and frames in good repair on the exterior ?

10) _Yes_   Do the exit doors have single keyed locks/dead bolts or is key permanently in place ?

11) _Yes_   Are all light fixtures and electrical outlets in good repair and are outside outlets protected by a ground fault interrupter circuit ?

12) _Yes_   Are all sheds or auxillary structures in good repair ?

**EXTERIOR COMMENTS**_____

\* #9  OLDER WINDOWS  NEED  PAINT

## MAJOR SYSTEMS

**HB0003 & PM 705.5**

Summarized state law. Smoke detectors shall be provided on each level of the occupancy and within 15 feet of bedrooms. In dwelling units with split levels, a smoke detector installed on the upper level shall suffice for the adjacent lower level if the lower level is less than one full story below the upper level.

**PM–404.5**

Clothes dryer venting systems shall be independent of all other systems and shall be vented in accordance with the manufacturers instructions

### PLUMBING

**PM 505.1**

All plumbing fixtures shall be properly installed and maintained in good working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures area designed. All plumbing fixtures shall be maintained in a safe, sanitary, and functional condition.

**PM-506.2**

The water supply shall be maintained free from contamination, and all water inlets for plumbing fixtures shall be located above the flood level rim of the fixture.

**PM-506.4**

Water heating facilities shall be properly installed, maintained, and capable of providing an adequate amount of water to be drawn at every sink, lavatory, bathtub, shower and laundry facility at a temperature of not less than 110 degrees. An approved combination temperature and pressure relief valve discharge pipe shall be properly installed and maintained on water heaters. **NOTE: The relief valve discharge pipe must be the proper size, type, and 6-12" from the floor. The venting must be properly installed and without rust and/or negative slope.**

**PM-507.1**

All plumbing fixtures shall be properly connected to either a public sewer system or to an approved private sewage disposal system.

### HEATING

**PM-603.1**

All mechanical equipment, fireplaces, and solid burning appliances shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. **NOTE: These systems shall not have evidence of back venting, rusted flues, or excessive rust in the appliance. Additional certifications may be required.**

**PM-603.2**

All cooking and heating equipment, components, and accessories in every heating, cooking and water heating devices shall be maintained free from leaks and obstructions.

**PM-603.3**

All fuel burning equipment and appliances shall be connected to an approved chimney or vent.

**PM-603.4**

All required clearances to combustible materials shall be maintained.

**PM-603.7**

Devices purporting to reduce fuel consumption by attachment to a fuel burning appliance, to the fuel line thereto, or from the vent outlet or piping therefrom, shall not be installed unless labeled for such purpose and the installation is specifically approved. NOTE: Devices such as those manufactured by Ameritherm shall be removed unless proof can be given that they were approved by manufacturer.

**603 PM.6**

A supply of air for complete combustion of the fuel and for ventilation of the space shall be provided for the fuel burning equipment.

②

ADDENDUM TO INSPECTION FOR _1604 MEMORIAL_     DATE _12-30-01_

INSPECTOR _RoDeck_

ADDITIONAL COMMENTS

\* APT ONE - SOAP DISH LOOSE AT TUB WALL →

SMOKE DETA*SELF CLOSURE AT REAR ENTRY DOOR

APT TWO - BOTH TUBS HAVE LOW WATER PRESSURE

ONE HOT ONE COLD - G.F.I AT MASTER BATH WONT

TEST - PLASTIC HOSE CONNECTORS AT BOTH TOILETS

APT THREE EAST - PLASTIC HOSE CONNECTORS AT

KIT -

APT THREE WEST - LOW HOT WATER PRESSURE AT

KIT - KIT RECPTS. HEAVILY PAINTED - TUB FAUCET

NEEDS NEW CARTRIDGE - DECORATIVE COVER MISSING

AT VANITY

(2)

## MAJOR SYSTEMS PLUMBING

25) _YES_ Is the water heater properly installed ?
26) _YES_ Are the drains and supply pipes free from leaks and is all drains attached to the drain/waste/vent system ?
27) _YES_ Are gas valves present at gas supply piping to appliances and flexible lines free from corrosion ?
MISSING AT _____ REPLACE AT _____
28) _N/A_ Is sump pump piping acceptable at this time ?

_____
_____
_____
_____

## HEATING UNITS

29) _NO_ Is the furnace/wall/boiler units working properly and free from excessive rust or debris ?

_FLUE PIPE HAS IMPROPER SLOPE_

30) _N/A_ Is fireplace free from cracks, creosote, or deterioration, and is damper working ?
31) _YES_ Are smoke detectors present on each level at each hall and within 15 feet of mechanical areas ?
MISSING/INOPERABLE AT _____
32) _YES_ Is the foundation free from large cracks ?
33) _YES_ Is the structure of the building free from unusual sagging, deterioration, and obvious structural problems ?

## ELECTRICAL

34) _NO_ Are electrical panels properly installed and proper size ?

_GARAGE PANEL DOUBLE LUGGED + HOLE AT TOP OF PANEL. REPLACE ALL ALUMINUM MAIN WIRES FROM LOAD SIDE OF METER TO PANELS_

35) Are all exit and emergency lights operating properly ? _OK P.K. 5-11_

## FIRE PROTECTION SYSTEMS

_____ CERTIFICATION NEEDED ON    STANDPIPE    SPRINKLER SYSTEM    SMOKE DETECTORS    FIRE ALARM
_____ NO PARKING SIGNS NEEDED AT FIRE DEPARTMENT CONNECTION
_____ EXPIRED EXTINGUISHER SERVICING AT _____
_____ MISSING EXTINGUISHER AT _____
_____ IS SELF CLOSURE INSTALLED ON LAUNDRY ROOM ?

## ELEVATORS

Elevators must be certified as complying with ASME A17.1-90, Safety Code for Elevators and Escalators.

_____ Certification or inspection within last year presented ?

## ELECTRICAL

**MC6-308b1**

Electrical Service: Single family residences shall have a minimum of 100 amp service and multiple unit residences shall comply with the latest code.

**PM-604.3**

Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient outlets, improper wiring, or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard. NOTE: Similar reasons include but are not limited to, ground fault interrupter circuits shall protect all outlets within 6 feet of plumbing fixtures, those in garages, outside , and basement outlets other than the sump pump.

**PM 605.2**

Every habitable space in a dwelling shall contain at least two separate and remote receptacles outlets. Every laundry area shall contain at least one grounded type receptacle. Every bathroom shall contain at least one receptacle.

**PM-605.3**

Every public hall, interior stairway, water closet compartment, bathroom, laundry room, and furnace room, shall contain at least one electric lighting fixture. NOTE: Other areas of the code allow the inspector to judge sufficiency of the lighting. It is expected that there will be sufficient lighting for safe servicing of the equipment within a room.

## DEFINITIONS

**Bathroom:**          A room containing plumbing fixtures including a bathtub or shower.

**Habitable space:**    Space in a structure for living, sleeping, eating or cooking. Bathrooms, toilet compartments, closets, halls, storage, or utility spaces, and similar space are not considered habitable spaces.

**Openable Area:**     The part of a window or door which is available for unobstructed ventilation and which opens directly to the outdoors.

**Toilet Room:**       A room containing a water closet or urinal but not a bathtub or shower.

# GENERAL STATEMENTS

**PM-101.6**

All repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner.

**PM-103.1**

All equipment, systems, devices, and safeguards required by this code or a previous statute or code shall be maintained in good working order. The requirements of this code are not intended to provide the basis for removal or abrogation of fire protection and safety systems and devices in existing structures.

**PM-104.1**

All materials, equipment, and devices approved by the code official shall be constructed and installed in accordance with such approval.

**PM 105.1**

The code official shall enforce all of the provisions of this code.

**PM 405.3**

Every room occupied for sleeping purposes by one occupant shall contain at least 70 square feet of floor area, and every room occupied for sleeping purposes by more than one person shall contain at least 50 square feet of floor area for each occupant thereof .



Case 1:06-cv-02271    Document

# DEPARTMENT OF INSPECTIONAL SERVICES
## POINT OF SALE TRACKING SHEET

LOCATION OF INSPECTION _____ 90 _Yates_____

PRESENT ZONING _R-1_ WARD __3__ SIDWELL GRID _____

COURT CASES/ COLLECTIONS OR LIENS PENDING _none_____

LAST RENTAL INSPECTION _9/14/04_ UNITS APPROVED __6__

LAST BUILDING OR FIRE INSPECTION ____none_____

ANY PREVIOUS MODIFICATIONS/ ADDITIONS _permits in file_

CURRENT VIOLATIONS ON FILE? RENTAL _none_ BLDG _none_

(CONTACT HEALTH DEPARTMENT IF APPLICABLE)

REVIEWED BY : _____

INSPECTOR ASSIGNED ___Rodeck_____

CONDITIONAL CERTIFICATE # _____ DATE _____

FINAL INSPECTION DATE _8-10-05_ INSPECTOR _Vargis #103_

CERTIFICATE APPROVAL BY DEPT. DIRECTOR ____ DATE _8/10/05_

#2, 11, ADDENDUM SHEET, 29, 34 & SELF-CLOSURE
OK, OK,                      OK,

# CALUMET CITY FIRE DEPARTMENT
## DEPARTMENT OF INSPECTIONAL SERVICES
(708) 891-8120
### RESIDENTIAL/MULTIFAMILY P.O.S. INSPECTION

The following is the result of the inspection on the occupancy at _90 YATES_ .This inspection is not in any way intended to be a complete list of Code or Municipal Ordinance requirements. Our inspection can be substantially limited by access available and stored items or furniture. It is not meant to take the place of private home inspections nor will it cover the same items. Some occupancies may require certifications to be completed on individual systems such as the heating appliances, roofing, or fire protection systems. Specific requirements of the point of sale inspections and limitations is available by referring to Municipal Code Section 6-308 as amended on May 9,1996.The first inspection and subsequent re-inspection is included in the cost. Any additional inspections or failure of owner/agent/designee to appear for a scheduled inspection will require additional fees.

The inspector will note the deficiencies by writing "NO" in the blank in front of the statement and may additionally circle a specific area or make comments. On the back of the inspection sheets is some of the code language that relates to the deficiencies noted by the inspector. The "PM" sections refer to the present adopted Property Maintenance Code and the "MC" refers to Municipal Code references. There may be additional Code requirements that explain a deficiency. Non-conforming structures may be subject

Some of the repairs may require registered contractors and permits. If you have any questions about this inspection please call us at (708) 891-8120.

INSPECTOR _RoDeck_    1ST INSPECTION DATE _11-5-04_

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION. OWNER/AUTHORIZED AGENT IN ATTENDANCE _____

PRINTED NAME _SHERRY WINFIELD_

INSPECTOR _Gatela_    REINSPECTION DATE _12/8/04_    TIME _900_

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.

OWNER/AUTHORIZED AGENT IN ATTENDANCE _Sherry Winfield_

APPROVED FOR CERT. OF COMPLIANCE _____    DATE _8/10/05_

## GENERAL EXTERIOR

**PM-303.1**  All exterior property and premises shall be maintained in a clean, safe, and sanitary condition. The occupant shall keep that part of the exterior property which such occupant occupies or controls in a clean and sanitary condition.

**PM-303.2**  All premises shall be graded and maintained to prevent the accumulation of stagnant water thereon, or within any structure thereon.

**PM-303.3**  All sidewalks, driveways, parking spaces, and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions. Stairs shall comply with the requirements of Sections PM-304.1 and PM-702.9.

**MC 28-2**  All premises and exterior property shall be maintained free from weeds or plant growth in excess of 6 inches. All noxious weeds shall be prohibited. Weeds shall be defined as all grasses, annual plants, and vegetation, other than trees or shrubs provided; however this term shall not include cultivated flowers and gardens. (Property Maintenance Code covers this item at PM 303.4)

**PM-303.7**  All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

**PM-304.1**  The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety, or welfare.

**PM-304.2**  Each structure to which a street number is assigned shall have such number displayed in a position easily observed and readable form the public right-of-way. All numbers shall be in Arabic numerals at least 3 inches high and ½ inch stroke. NOTE: This includes garages in alleys.

**PM-304.5**  All exterior walls shall be free from holes, breaks, loose, or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration.

**PM-304.6**  The roof and flashing shall be sound, tight, and not have defects that admit rain. Roof drainage shall be adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof water shall not be discharged in a manner that creates a public nuisance. NOTE: These areas are examined from areas not requiring a ladder. The inspectors' approval of this item should not be considered a certification of the roof. The inspectors may require certification or repair of the roof based on their limited observations.

**PM-304.8**  All overhang extensions shall be maintained in good repair and be properly anchored so as to be kept in a safe and sound condition. Summarized - All exposed elements shall be protected from the elements and against decay or rust.

**PM-304.9**  All chimneys shall be maintained structurally safe and sound, and in good repair.

**PM-304.11**  Every window, door and frame shall be kept in sound condition, good repair and weather tight.

**PM-304.11.1**  All glazing materials shall be maintained free from cracks and holes.

**PM-304.13**  All exterior doors and hardware shall be maintained in good condition. Locks at all entrances to dwelling units, rooming units, and guest rooms shall tightly secure the door.

**PM-702.11**  All means of egress doors shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort.

**PM-304.14**  Every basement hatchway shall be maintained to prevent the entrance of rates, rain, and surface drainage water.

**PM-306.1**  All exterior property and premises, and the interior of every structure shall be free from any accumulation of rubbish or garbage.

## EXTERIOR OF HOUSE AND GARAGE

1) *YES*    Are property areas being maintained in a clean, safe, and sanitary condition ?

2) _____    Are private sidewalks, driveways, and similar areas being kept free from trip hazards, large cracks, etc. ?

3) *YES*    Are the weeds, plant growth, and grasses less than 6 inches ?

4) *YES*    Are fences, retaining walls, porches, and decks in good repair ?

5) *YES*    Is the street address posted on the property and visible from the public right of ways such as the street and alley ?

**Missing or deficient at        REAR OF GARAGE        HOUSE**

6) *YES*    Are the gutters, siding, fascia, and soffit areas free of peeling paint and deterioration ?

7) *NO*    Are all the exterior walls and chimneys in good repair ?

8) *YES*    Is the roof preventing the elements from damaging the structure ?

**CERTIFICATION NEEDED YES _____ NO _X_**

9) *NO*    Are all windows, doors, screens, and frames in good repair on the exterior ?

10) *YES*    Do the exit doors have single keyed locks/dead bolts or is key permanently in place ?

11) _____    Are all light fixtures and electrical outlets in good repair and are outside outlets protected by a ground fault interrupter circuit ?

12) *NA*    Are all sheds or auxiliary structures in good repair ?

**EXTERIOR COMMENTS** #2 SEAL PARKING LOT

#7 CHIMNEY UPPER SECTION NEEDS SMALL AMOUNT OF TUCKPOINTING

#9 REGLAZE BROKEN WINDOWS REPAIR RIPPED SCREENS

#11 LIGHT AT WEST HAS IMPROPER WIRING TO USE SEAL TIGHT

# MAJOR SYSTEMS

**HB0003 & PM 705.5**

Summarized state law. Smoke detectors shall be provided on each level of the occupancy and within 15 feet of bedrooms. In dwelling units with split levels, a smoke detector installed on the upper level shall suffice for the adjacent lower level if the lower level is less than one full story below the upper level.

**PM-404.5**

Clothes dryer venting systems shall be independent of all other systems and shall be vented in accordance with the manufacturers instructions

## PLUMBING

**PM 505.1**

All plumbing fixtures shall be properly installed and maintained in good working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures area designed. All plumbing fixtures shall be maintained in a safe, sanitary, and functional condition.

**PM-506.2**

The water supply shall be maintained free from contamination, and all water inlets for plumbing fixtures shall be located above the flood level rim of the fixture.

**PM-506.4**

Water heating facilities shall be properly installed, maintained, and capable of providing an adequate amount of water to be drawn at every sink, lavatory, bathtub, shower and laundry facility at a temperature of not less than 110 degrees. An approved combination temperature and pressure relief valve discharge pipe shall be properly installed and maintained on water heaters. **NOTE: The relief valve discharge pipe must be the proper size, type, and 6-12" from the floor. The venting must be properly installed and without rust and/or negative slope.**

**PM-507.1**

All plumbing fixtures shall be properly connected to either a public sewer system or to an approved private sewage disposal system.

## HEATING

**PM-603.1**

All mechanical equipment, fireplaces, and solid burning appliances shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. **NOTE: These systems shall not have evidence of back venting, rusted flues, or excessive rust in the appliance. Additional certifications may be required.**

**PM-603.2**

All cooking and heating equipment, components, and accessories in every heating, cooking and water heating devices shall be maintained free from leaks and obstructions.

**PM-603.3**

All fuel burning equipment and appliances shall be connected to an approved chimney or vent.

**PM-603.4**

All required clearances to combustible materials shall be maintained.

**PM-603.7**

Devices purporting to reduce fuel consumption by attachment to a fuel burning appliance, to the fuel line thereto, or from the vent outlet or piping therefrom, shall not be installed unless labeled for such purpose and the installation is specifically approved. **NOTE: Devices such as those manufactured by Ameritherm shall be removed unless proof can be given that they were approved by manufacturer.**

**603 PM.6**

A supply of air for complete combustion of the fuel and for ventilation of the space shall be provided for the fuel burning equipment.

ADDENDUM TO INSPECTION FOR 90 YATES    DATE 11-5-04

INSPECTOR Rodeck

ADDITIONAL COMMENTS                    OK

APT 3W - BATHROOM FLOOR TILES MISSING - WALL

TILES + SOAP DISH LOOSE & NEED GROUT - PATCH  OK

& PAINT B.R. WALL - SMOKE DEF. OK (BUSHING)

APT 3E - BATHROOM LIGHT NEEDS GLOBE USING

DOUBLE POLE BREAKER W/ONLY ONE WIRE TO IT

APT 2E - L.R. WEST RECPT REV. POL - LOW

OK - WATER PRESSURE AT LAV FAUCET - BOTH FLOOR

OK - TILES LOOSE OR MISSING - KIT FAUCET HOT-

COLD REV. - PANEL OK                         OK

APT 2W - BATHROOM FLOOR TILES MISSING & GROUT

TUB WALL TILES & SECURE B.R. CLOSET LIGHT  OK

OK B.R. DOOR HAS HOLE - PATCH & PAINT BATHROOM CEILING

PANEL ~ OK                                   OK

APT 1 EAST - KIT. FAUCET HOT COLD REV.     OK

OK SOAP DISH LOOSE AT TUB WALL - SERVICE

OK PANEL DOUBLE LUGGED & PLUG ABLE FUSES

OK APT 1 WEST - SERVICE PANEL OK DOUBLE LUGGED & HAS

DOUBLE POLE BREAKER W/ONLY ONE WIRE TO IT
                        OK

*OK Filed OBO:*

## MAJOR SYSTEMS PLUMBING

*PROVIDE RECPT. FOR (SINGLE ONLY)*

OK 25) NO    Is the water heater properly installed ?

26) YES    Are the drains and supply pipes free from leaks and is all drains attached to the drain/waste/vent system ?    :

27) YES    Are gas valves present at gas supply piping to appliances and flexible lines free from corrosion ?
MISSING AT_____ REPLACE AT_____

28) N/A    Is sump pump piping acceptable at this time ?

_____
_____
_____
_____

## HEATING UNITS    *PP 2651*

29) NO    Is the furnace/wall/boiler units working properly and free from excessive rust or debris ? *restr*

*GLASS AT GUAGE BROKEN — PROVIDE BACKFLOW PREVENTER (PERMIT REQ) RUNNING TOO HOT*

30) N/A    Is fireplace free from cracks, creosote, or deterioration, and is damper working ?

OK 31) NO    Are smoke detectors present on each level at each hall and within 15 feet of mechanical
12/8    areas ?
MISSING/INOPERABLE AT *HARDWIRED INTERCONNECTED W/*

A 32) YES    Is the foundation free from large cracks ? *BATTERY BACK UP*

33) YES    Is the structure of the building free from unusual sagging, deterioration, and obvious structural problems ?    *ELEC PERMIT REQ*

## ELECTRICAL

34) NO    Are electrical panels properly installed and proper size ?    *OK 12/8*

*SEE IND APTS & LABEL COMMON PANEL*

_____

35) Are all exit and emergency lights operating properly ? *6 FT. OK DEDICATE LAUNDRY RECPTS,*

## FIRE PROTECTION SYSTEMS
*OK*

____ CERTIFICATION NEEDED ON 12/8    STANDPIPE    SPRINKLER SYSTEM
SMOKE DETECTORS    FIRE ALARM

____ NO PARKING SIGNS NEEDED AT FIRE DEPARTMENT CONNECTION

____ EXPIRED EXTINGUISHER SERVICING AT_____

____ MISSING EXTINGUISHER AT_____

____ NO IS SELF CLOSURE INSTALLED ON LAUNDRY ROOM ?

## ELEVATORS

Elevators must be certified as complying with ASME A17.1-90, Safety Code for Elevators and Escalators.

_____ Certification or inspection within last year presented ?

## ELECTRICAL

**MC6-308b1**

Electrical Service: Single family residences shall have a minimum of 100 amp service and multiple unit residences shall comply with the latest code.

**PM-604.3**

Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient outlets, improper wiring, or installation. deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard. NOTE: Similar reasons include but are not limited to, ground fault interrupter circuits shall protect all outlets within 6 feet of plumbing fixtures, those in garages, outside , and basement outlets other than the sump pump.

**PM 605.2**

Every habitable space in a dwelling shall contain at least two separate and remote receptacles outlets. Every laundry area shall contain at least one grounded type receptacle. Every bathroom shall contain at least one receptacle.

**PM-605.3**

Every public hall, interior stairway, water closet compartment, bathroom, laundry room, and furnace room, shall contain at least one electric lighting fixture. NOTE: Other areas of the code allow the inspector to judge sufficiency of the lighting. It is expected that there will be sufficient lighting for safe servicing of the equipment within a room.

## DEFINITIONS

**Bathroom:**          *A room containing plumbing fixtures including a bathtub or shower.*

**Habitable space:**   *Space in a structure for living, sleeping, eating or cooking. Bathrooms, toilet compartments, closets, halls, storage, or utility spaces, and similar space are not considered habitable spaces.*

**Openable Area:**     *The part of a window or door which is available for unobstructed ventilation and which opens directly to the outdoors.*

**Toilet Room:**       *A room containing a water closet or urinal but not a bathtub or shower.*

## GENERAL STATEMENTS

**PM-101.6**

All repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner.

**PM-103.1**

All equipment, systems, devices, and safeguards required by this code or a previous statute or code shall be maintained in good working order. The requirements of this code are not intended to provide the basis for removal or abrogation of fire protection and safety systems and devices in existing structures.

**PM-104.1**

All materials, equipment, and devices approved by the code official shall be constructed and installed in accordance with such approval.

**PM 105.1**

The code official shall enforce all of the provisions of this code.

**PM 405.3**

Every room occupied for sleeping purposes by one occupant shall contain at least 70 square feet of floor area, and every room occupied for sleeping purposes by more than one person shall contain at least 50 square feet of floor area for each occupant thereof .



## DEPARTMENT OF INSPECTIONAL SERVICES
## POINT OF SALE TRACKING SHEET

LOCATION OF INSPECTION _1683 State St_

PRESENT ZONING _R-3_ WARD _3_ SIDWELL GRID _____

COURT CASES/ COLLECTIONS OR LIENS PENDING _none_

LAST RENTAL INSPECTION _____ UNITS APPROVED _____

LAST BUILDING OR FIRE INSPECTION _2/14/02_

ANY PREVIOUS MODIFICATIONS/ ADDITIONS _permits in file_

CURRENT VIOLATIONS ON FILE? RENTAL _yes_ BLDG _yes_

(CONTACT HEALTH DEPARTMENT IF APPLICABLE)

REVIEWED BY : _____

INSPECTOR ASSIGNED _Rodeck_

CONDITIONAL CERTIFICATE # _____ DATE _____

FINAL INSPECTION DATE _____ INSPECTOR _____

CERTIFICATE APPROVAL BY DEPT. DIRECTOR _____ DATE ____



# CALUMET CITY FIRE DEPARTMENT
## DEPARTMENT OF INSPECTIONAL SERVICES
### (708) 891-8120
### RESIDENTIAL/MULTIFAMILY P.O.S. INSPECTION

The following is the result of the inspection on the occupancy at _1683 STATE ST._ This inspection is not in any way intended to be a complete list of Code or Municipal Ordinance requirements. Our inspection can be substantially limited by access available and stored items or furniture. It is not meant to take the place of private home inspections nor will it cover the same items. Some occupancies may require certifications to be completed on individual systems such as the heating appliances, roofing, or fire protection systems. Specific requirements of the point of sale inspections and limitations is available by referring to Municipal Code Section 6-308 as amended on May 9,1996. The first inspection and subsequent re-inspection is included in the cost. Any additional inspections or failure of owner/agent/designee to appear for a scheduled inspection will require additional fees.

The inspector will note the deficiencies by writing "NO" in the blank in front of the statement and may additionally circle a specific area or make comments. On the back of the inspection sheets is some of the code language that relates to the deficiencies noted by the inspector. The "PM" sections refer to the present adopted Property Maintenance Code and the "MC" refers to Municipal Code references. There may be additional Code requirements that explain a deficiency. Non-conforming structures may be subject

Some of the repairs may require registered contractors and permits. If you have any questions about this inspection please call us at (708) 891-8120.

INSPECTOR _Rodeck_                    1ST INSPECTION DATE _2-26-04_

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.
OWNER/AUTHORIZED AGENT IN ATTENDANCE _Robert J. Lesch_

PRINTED NAME _Robert J. Lesch_

INSPECTOR _Rodeck_            REINSPECTION DATE _4-14-04_  TIME _9:00_
I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.

OWNER/AUTHORIZED AGENT IN ATTENDANCE _James M. faw_

APPROVED FOR CERT. OF COMPLIANCE_____ DATE _____

# GENERAL EXTERIOR

PM-303.1    All exterior property and premises shall be maintained in a clean, safe, and sanitary condition. The occupant shall keep that part of the exterior property which such occupant occupies or controls in a clean and sanitary condition.

PM-303.2    All premises shall be graded and maintained to prevent the accumulation of stagnant water thereon, or within any structure thereon.

PM-303.3    All sidewalks, driveways, parking spaces, and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions. Stairs shall comply with the requirements of Sections PM-304.1 and PM-702.9.

MC 28-2    All premises and exterior property shall be maintained free from weeds or plant growth in excess of 6 inches. All noxious weeds shall be prohibited. Weeds shall be defined as all grasses, annual plants, and vegetation, other than trees or shrubs provided; however this term shall not include cultivated flowers and gardens. (Property Maintenance Code covers this item at PM 303.4)

PM-303.7    All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

PM-304.1    The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety, or welfare.

PM-304.2    Each structure to which a street number is assigned shall have such number displayed in a position easily observed and readable form the public right-of-way. All numbers shall be in Arabic numerals at least 3 inches high and ½ inch stroke. NOTE: This includes garages in alleys.

PM-304.5    All exterior walls shall be free from holes, breaks, loose, or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration.

PM-304.6    The roof and flashing shall be sound, tight, and not have defects that admit rain. Roof drainage shall be adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof water shall not be discharged in a manner that creates a public nuisance. NOTE: These areas are examined from areas not requiring a ladder. The inspectors' approval of this item should not be considered a certification of the roof. The inspectors may require certification or repair of the roof based on their limited observations.

PM-304.8    All overhang extensions shall be maintained in good repair and be properly anchored so as to be kept in a safe and sound condition. Summarized - All exposed elements shall be protected from the elements and against decay or rust.

PM-304.9    All chimneys shall be maintained structurally safe and sound, and in good repair.

PM-304.11    Every window, door and frame shall be kept in sound condition, good repair and weather tight.

PM-304.11.1    All glazing materials shall be maintained free from cracks and holes.

PM-304.13    All exterior doors and hardware shall be maintained in good condition. Locks at all entrances to dwelling units, rooming units, and guest rooms shall tightly secure the door.

PM-702.11    All means of egress doors shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort.

PM-304.14    Every basement hatchway shall be maintained to prevent the entrance of rates, rain, and surface drainage water.

PM-306.1    All exterior property and premises, and the interior of every structure shall be free from any accumulation of rubbish or garbage.

③

## EXTERIOR OF HOUSE AND GARAGE    ⊞ 1683

1) _YES_   Are property areas being maintained in a clean, safe, and sanitary condition ?

2) _YES_   Are private sidewalks, driveways, and similar areas being kept free from trip hazards, large cracks, etc. ?

3) _YES_   Are the weeds, plant growth, and grasses less than 6 inches ?

4) _NO_   Are fences, retaining walls, porches, and decks in good repair ?

5) _YES_   Is the street address posted on the property and visible from the public right of ways such as the street and alley ?
Missing or deficient at    REAR OF GARAGE    HOUSE

6) _YES_   Are the gutters, siding, fascia, and soffit areas free of peeling paint and deterioration ?

7) _YES_   Are all the exterior walls and chimneys in good repair ?

8) _YES_   Is the roof preventing the elements from damaging the structure ?
CERTIFICATION NEEDED YES ____ NO ____

9) _NO_   Are all windows, doors, screens, and frames in good repair on the exterior ?

10) _YES_  Do the exit doors have single keyed locks/dead bolts or is key permanently in place ?

11) _YES_  Are all light fixtures and electrical outlets in good repair and are outside outlets protected by a ground fault interrupter circuit ?

12) _NA_   Are all sheds or auxillary structures in good repair ?

EXTERIOR COMMENTS _PROVIDE JOIST HANGERS AT ALL DECKS_
_BROKEN WINDOW 1ST FL SOUTH_

# MAJOR SYSTEMS

**HB0003 & PM 705.5**

Summarized state law. Smoke detectors shall be provided on each level of the occupancy and within 15 feet of bedrooms. In dwelling units with split levels, a smoke detector installed on the upper level shall suffice for the adjacent lower level if the lower level is less than one full story below the upper level.

**PM-404.5**    Clothes dryer venting systems shall be independent of all other systems and shall be vented in accordance with the manufacturers instructions

## PLUMBING

**PM 505.1**    All plumbing fixtures shall be properly installed and maintained in good working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures area designed. All plumbing fixtures shall be maintained in a safe, sanitary, and functional condition.

**PM-506.2**    The water supply shall be maintained free from contamination, and all water inlets for plumbing fixtures shall be located above the flood level rim of the fixture.

**PM-506.4**    Water heating facilities shall be properly installed, maintained, and capable of providing an adequate amount of water to be drawn at every sink, lavatory, bathtub, shower and laundry facility at a temperature of not less than 110 degrees. An approved combination temperature and pressure relief valve discharge pipe shall be properly installed and maintained on water heaters. NOTE: The relief valve discharge pipe must be the **proper size, type, and 6-12" from the floor. The venting must be properly installed and without rust and/or negative slope.**

**PM-507.1**    All plumbing fixtures shall be properly connected to either a public sewer system or to an approved private sewage disposal system.

## HEATING

**PM-603.1**    All mechanical equipment, fireplaces, and solid burning appliances shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. NOTE: **These systems shall not have evidence of back venting, rusted flues, or excessive rust in the appliance. Additional certifications may be required.**

**PM-603.2**    All cooking and heating equipment, components, and accessories in every heating, cooking and water heating devices shall be maintained free from leaks and obstructions.

**PM-603.3**    All fuel burning equipment and appliances shall be connected to an approved chimney or vent.

**PM-603.4**    All required clearances to combustible materials shall be maintained.

**PM-603.7**    Devices purporting to reduce fuel consumption by attachment to a fuel burning appliance, to the fuel line thereto, or from the vent outlet or piping therefrom, shall not be installed unless labeled for such purpose and the installation is specifically approved. NOTE: Devices such as those **manufactured by Ameritherm shall be removed unless proof can be given that they were approved by manufacturer.**

**603 PM.6**    A supply of air for complete combustion of the fuel and for ventilation of the space shall be provided for the fuel burning equipment.

Document 40-3

③

ADDENDUM TO INSPECTION FOR ~~ES~~ STATE _____ DATE 2-26-04

INSPECTOR RODECK _____

ADDITIONAL COMMENTS _____

2D- DISHWASHER DISCHARGE ON WRONG SIDE OF P-TRAP
REMOVE POWER TO MED. CAB. RECPT.

2A- PLUG HOLES INSIDE SERVICE PANEL

3D- DISHWASHER DISCHARGE ON WRONG SIDE OF P-TRAP
REPAIR BR. CLOSET DOORS - CLOSET LIGHTS NEED
GLOBES - SECURE KIT CABS ABOVE OVEN - TOILET
LOOSE AT FLOOR (FLOOR & WALL TILES MISSING)
BATHROOM (REMOVE POWER TO MED. CAB. RECPT)
SECURE SMOKE DET. TOP FLOOR STAIRWAY

3C - DISHWASHER DISCHARGE ON WRONG SIDE OF
P-TRAP - EAST RECPT. (LR) NO POWER - TENANT
TO DEGREASE OVEN & AREAS - A.C. UNIT RECPT.
OPEN GROUND & (USING DOUBLE POLE BREAKER AT 110)
WEST B.R. EAST RECPT. LOOSE AT WALL - RIGHT
FAUCET AT LAV. NEEDS WASHERS & REPAIR VANITY RECPT.
CLOSET LIGHTS NEED GLOBES - REMOVE POWER TO MED CAB

3A- KIT. EXHAUST NEEDS REPAIR - PLASTIC HOSE CONNECTION
AT KIT FAUCET - DISHWASHER DISCHARGE PIPE ON
WRONG SIDE OF P-TRAP - CLOSET LIGHTS NEED GLOBES
~~3B~~ (BATHROOM FLOOR TILES MISSING) LOOSE

3B- KIT FAUCET NEEDS NEW CARTRIDGE - KIT. CAB
FRONTS MISSING ALSO FLOOR TILES - DISHWASHER
DISHCHARGE PIPE ON WRONG SIDE OF P-TRAP
LR SOUTH RECPT. REV. POL. - PATIO SCREEN RIPPED -
RIGHT LAV DRAIN IS SLOW

③

ADDENDUM TO INSPECTION FOR ~~iment 40~~ STATE        DATE 2-26-04

INSPECTOR RODECK

ADDITIONAL COMMENTS

1B- PLACE CAP AT KIT DRAIN (NO DUCT TAPE) - SERVICE PANEL DOUBLE LUGGED - CLOSET LIGHTS NEED GLOBES - BATH GFI HEAVILY PAINTED - ENTRY DOOR TRIMS NEED PAINT

1A - DOUBLE POLE BREAKER FOR A.C. UNIT - ENTRY DOOR TRIMS NEED PAINT (CLOSET LIGHT NEEDS GLOBE)

1D - DISHWASHER DISCHARGE AFTER P-TRAP - PROVIDE DOUBLE POLE BREAKER FOR A.C. & PLUG HOLE INSIDE

1C - DISHWASHER DISCHARGE WRONG SIDE OF P-TRAP TUB DRAIN IS SLOW - MOLD AT LINEN CLOSET WALLS CLOSET LIGHTS NEED GLOBES (COULD NOT LOCATE PANEL)

2B - KIT CABS NEED REPAIR - DISHWASHER DISCHARGE ON WRONG SIDE OF P-TRAP - TENANT TO DEGREASE OVEN & AREAS BATH G.F.I. NOT TESTING - BATH FLOOR TILES MISSING REPLACE HEAVILY PAINTED RECPB, CLOSET LIGHTS NEED GLOBES (PLUG HOLE INSIDE SERVICE PANEL)

2C - SMOKE DET - DISHWASHER DISCHARGE ON WRONG SIDE OF P-TRAP - REPAIR KIT DRAWER

*#7 1683*  ③

## MAJOR SYSTEMS PLUMBING

25) YES    Is the water heater properly installed ?

26) YES    Are the drains and supply pipes free from leaks and is all drains attached to the drain/waste/vent system ?

27) YES    Are gas valves present at gas supply piping to appliances and flexible lines free from corrosion ?
MISSING AT _____ REPLACE AT _____

28) N/A    Is sump pump piping acceptable at this time ?

OK    PROVIDE 1" CLEARANCE FROM BOILER & WATER HEATER
I-14    FLUE AT WALL

## HEATING UNITS    EXHAUST ALL RANGE HOODS TO EXTERIOR

29) NO    Is the furnace/wall/boiler units working properly and free from excessive rust or debris ?

CERT REQ LIC IN CAL. CITY CONTRACTOR
ALSO BACK FLOW PREVENTER OK

30) N/A    Is fireplace free from cracks, creosote, or deterioration, and is damper working ?

31) NO    Are smoke detectors present on each level at each hall and within 15 feet of mechanical areas ?
MISSING/INOPERABLE AT SEE IND APTS.

32) YES    Is the foundation free from large cracks ?

33) YES    Is the structure of the building free from unusual sagging, deterioration, and obvious structural problems ?

## ELECTRICAL

34) NO    Are electrical panels properly installed and proper size ?

SEE IND APTS COMMON -OK

35) Are all exit and emergency lights operating properly ?

## FIRE PROTECTION SYSTEMS

____    CERTIFICATION NEEDED ON    STANDPIPE    SPRINKLER SYSTEM
                                   SMOKE DETECTORS    FIRE ALARM

____    NO PARKING SIGNS NEEDED AT FIRE DEPARTMENT CONNECTION

____    EXPIRED EXTINGUISHER SERVICING AT _____

____    MISSING EXTINGUISHER AT _____

____    IS SELF CLOSURE INSTALLED ON LAUNDRY ROOM ?

## ELEVATORS

Elevators must be certified as complying with ASME A17.1-90, Safety Code for Elevators and Escalators.

_____    Certification or inspection within last year presented ?

## ELECTRICAL

**MC6-308b1**

Electrical Service: Single family residences shall have a minimum of 100 amp service and multiple unit residences shall comply with the latest code

**PM-604.3**

Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient outlets, improper wiring, or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard. NOTE: Similar reasons include but are not limited to, ground fault interrupter circuits shall protect all outlets within 6 feet of plumbing fixtures, those in garages, outside , and basement outlets other than the sump pump.

**PM 605.2**

Every habitable space in a dwelling shall contain at least two separate and remote receptacles outlets. Every laundry area shall contain at least one grounded type receptacle. Every bathroom shall contain at least one receptacle.

**PM-605.3**

Every public hall, interior stairway, water closet compartment, bathroom, laundry room, and furnace room, shall contain at least one electric lighting fixture. NOTE: Other areas of the code allow the inspector to judge sufficiency of the lighting. It is expected that there will be sufficient lighting for safe servicing of the equipment within a room.

## DEFINITIONS

| | |
|---|---|
| **Bathroom:** | A room containing plumbing fixtures including a bathtub or shower. |
| **Habitable space:** | Space in a structure for living, sleeping, eating or cooking. Bathrooms, toilet compartments, closets, halls, storage, or utility spaces, and similar space are not considered habitable spaces. |
| **Openable Area:** | The part of a window or door which is available for unobstructed ventilation and which opens directly to the outdoors. |
| **Toilet Room:** | A room containing a water closet or urinal but not a bathtub or shower. |

## GENERAL STATEMENTS

**PM-101.6**

All repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner.

**PM-103.1**

All equipment, systems, devices, and safeguards required by this code or a previous statute or code shall be maintained in good working order. The requirements of this code are not intended to provide the basis for removal or abrogation of fire protection and safety systems and devices in existing structures.

**PM-104.1**

All materials, equipment, and devices approved by the code official shall be constructed and installed in accordance with such approval.

**PM 105.1**

The code official shall enforce all of the provisions of this code.

**PM-405.3**

Every room occupied for sleeping purposes by one occupant shall contain at least 70 square feet of floor area, and every room occupied for sleeping purposes by more than one person shall contain at least 50 square feet of floor area for each occupant thereof.

*pas*
*2-26-04*
*gdu*

# CITY OF CALUMET CITY
## DEPARTMENT OF INSPECTIONAL SERVICES
### 708-891-8120
NOTICE OF INTENT TO SELL AND APPLICATION FOR OCCUPANCY INSPECTION

**Notice is hereby given that the property hereinafter described is being offered for sale and the undersigned, as the owner or authorized agent, hereby requests the City of Calumet City to inspect the premises hereinafter described, both interior and exterior, and does hereby consent to said inspection. Applicant signing this authorization acknowledges that the back of this form has been read and agreed to, and acknowledges that a copy of the Point of Sale Requirement Ordinance is available upon request.**

Property Address: 1683 State _____ Phone _____ Occupied by SELLER/(TENANT) VACANT

Legal Description of Property and **ALL** associated R.E. Index #'s: 29-12-202-089-1013 through 1024 _____

If address or index number is improper this form shall be invalid.

Current Owner Name: STATE STREET LLC Bus. Phone 773/581-3300 Home Phone _____
If land trust, state beneficiaries with names and addresses. Attach on another sheet if necessary.

Address: 6036 S. Central, Chicago, IL 60638
         Street            City      State      Zip

operty Type? Commercial ___ Residential ___ Multifamily X # of Units 12

Listing broker: Brian Kuzdas _____ Company: Brookshire Investments Inc. Phone: 773/581-3300

Selling Broker (If under contract) Brian Kuzdas ___ Company Brookshire Investments Inc. Contract Price $590,000.

Prospective buyer (Include all buyers to prospective deed): Keith Avery
If trust state beneficiaries.
Buyers Current Address: 9605 S. Claremont     Chicago    IL    60643
                      Street         City   State  Zip
Will the buyer occupy the property? Yes ___ No X Buyers Phone: 773/881-4027 Date of Closing 3/5/04

Buyers Lending Institution: Bank Financial _____ Phone: 800/894-6900

Check Appropriate Type of Loan: Conventional X FHA/HUD ___ VA ___ CASH/OTHER ___

**THIS FORM MUST BE FILLED OUT IN ITS ENTIRETY OR IT WILL NOT BE ACCEPTED**

Owner/Authorized Agent Signature: _(Anthony Cacioppo)_ Print Name Anthony Cacioppo Date: Feb. 19, 2004

DO NOT WRITE BELOW THIS LINE - FOR OFFICIAL USE ONLY

FEE PAID BY CASH/CHECK # 1467 AMOUNT _____ DATE 2/26/04 CLERK SIGNATURE _____

ORIGINAL - CITY    YELLOW - CITY INSPECTOR    PINK- APPLICANT

417

## FEES FOR POINT OF SALE

| | |
|---|---|
| $100.00 | All multifamily and residential buildings for the initial inspection and ONE reinspection. |
| $.10 per S.F. | All commercial and industrial buildings with the minimum fee of $100.00 and a maximum fee of $750.00. |
| $50.00 | Additional follow up inspections on all buildings after initial and first reinspection. |
| $50.00 | Penalty for an failure of an Owner/Seller or his/her designee/agent to appear at any inspection. |

### Portion of Ordinance Relating to Point of Sale Inspection

In issuing a Certificate of Compliance, whether temporary or permanent, the City of Calumet City does not make any warranty, representation or statement nor does it intend to insure or guarantee to either the Buyer or Seller of the property subject to the point-of-sale inspection or any of their designees, agents, representatives, heirs, or assigns, or any other interested party, including but not limited to mortgage companies, insurance companies, banks or any other party which may have any interest relative to the property subject to the point-of-sale inspection, nor does the City affirm that there are no additional unnoted violations relative to any other provisions of any of the codified ordinances of the City of Calumet City, the B.O.C.A. Code or relevant statutes, ordinances, rules, and regulations of the County of Cook, the State of Illinois or the United States of America.
COPIES OF THE COMPLETE ORDINANCE ARE AVAILABLE FROM THE CITY OF CALUMET CITY CLERKS OFFICE

This form must be completed & with the Department at least 2 weeks prior to requesting an inspection. The "Certificate of Compliance" or "Conditional Certificate with sworn affidavit" must be dated not more than 180 days before the closing date. The required fees must be paid prior to the inspection to the City of Calumet City. The final water bill must also be paid prior to issuance of the real estate transfer stamps.



# CALUMET CITY FIRE DEPARTMENT

## DEPARTMENT OF INSPECTIONAL SERVICES
### POINT OF SALE TRACKING SHEET

Location of inspection ___QQ Luella___

Present Zoning ___RC3___ Aldermanic Ward ___3___ Sidwell Grid _____

Court Cases Pending ___None___

Last Rental Inspection ___1/31/02___ Units Approved ___5___

Last Fire Inspection _____ Last Building Inspection _____

Any Previous Modifications/ Additions ___NONE___
___BLDG/___

Current Violations on File? Rental ___Yes___ Fire ___None___ Health ___N/A___

Reviewed by: Housing ___M___ Date _____ Fire ___M___ Date _____

Building ___DB___ Date _____ Health ___N/A___ Date _____

Inspector Assigned ___S. Kodelc___

Conditional Certificate Approved by Dept. Director _____ Date _____

Final Inspection Date ___7-19-04___ Inspector ___Kozek___

Certificate Approval by Dept. Director ___✗___ Date ___7-19-04___

# CALUMET CITY FIRE DEPARTMENT
## DEPARTMENT OF INSPECTIONAL SERVICES
(708) 891-8120

### RESIDENTIAL/MULTIFAMILY P.O.S. INSPECTION

The following is the result of the inspection on the occupancy at _98 LUELLA_ .This inspection is not in any way intended to be a complete list of Code or Municipal Ordinance requirements. Our inspection can be substantially limited by access available and stored items or furniture. It is not meant to take the place of private home inspections nor will it cover the same items. Some occupancies may require certifications to be completed on individual systems such as the heating appliances, roofing, or fire protection systems. Specific requirements of the point of sale inspections and limitations is available by referring to Municipal Code Section 6-308 as amended on May 9,1996.The first inspection and subsequent re-inspection is included in the cost. Any additional inspections or failure of owner/agent/designee to appear for a scheduled inspection will require additional fees.

The inspector will note the deficiencies by writing "NO" in the blank in front of the statement and may additionally circle a specific area or make comments. On the back of the inspection sheets is some of the code language that relates to the deficiencies noted by the inspector. The "PM" sections refer to the present adopted Property Maintenance Code and the "MC" refers to Municipal Code references. There may be additional Code requirements that explain a deficiency. Non-conforming structures may be subject

Some of the repairs may require registered contractors and permits. If you have any questions about this inspection please call us at (708) 891-8120.

INSPECTOR ___Rodeek___        1ST INSPECTION DATE ___7-29-03___

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.
OWNER/AUTHORIZED AGENT IN ATTENDANCE _____

PRINTED NAME ___Harold Tate F___

INSPECTOR ___Rodak / Kowalczyk___ REINSPECTION DATE _4-12-04_  TIME _8:00_
I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.

OWNER/AUTHORIZED AGENT IN ATTENDANCE ___Ray A Williia___

APPROVED FOR CERT. OF COMPLIANCE_____ DATE _7/19/04_

# GENERAL EXTERIOR

**PM-303.1**      All exterior property and premises shall be maintained in a clean, safe, and sanitary condition. The occupant shall keep that part of the exterior property which such occupant occupies or controls in a clean and sanitary condition.

**PM-303.2**      All premises shall be graded and maintained to prevent the accumulation of stagnant water thereon, or within any structure thereon.

**PM-303.3**      All sidewalks, driveways, parking spaces, and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions. Stairs shall comply with the requirements of Sections PM-304.1 and PM-702.9.

**MC 28-2**       All premises and exterior property shall be maintained free from weeds or plant growth in excess of 6 inches. All noxious weeds shall be prohibited. Weeds shall be defined as all grasses, annual plants, and vegetation, other than trees or shrubs provided; however this term shall not include cultivated flowers and gardens. (Property Maintenance Code covers this item at PM 303.4)

**PM-303.7**      All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

**PM-304.1**      The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety, or welfare.

**PM-304.2**      Each structure to which a street number is assigned shall have such number displayed in a position easily observed and readable form the public right-of-way. All numbers shall be in Arabic numerals at least 3 inches high and ½ inch stroke. NOTE: This includes garages in alleys.

**PM-304.5**      All exterior walls shall be free from holes, breaks, loose, or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration.

**PM-304.6**      The roof and flashing shall be sound, tight, and not have defects that admit rain. Roof drainage shall be adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof water shall not be discharged in a manner that creates a public nuisance. NOTE: These areas are examined from areas not requiring a ladder. The inspectors' approval of this item should not be considered a certification of the roof. The inspectors may require certification or repair of the roof based on their limited observations.

**PM-304.8**      All overhang extensions shall be maintained in good repair and be properly anchored so as to be kept in a safe and sound condition. Summarized - All exposed elements shall be protected from the elements and against decay or rust.

**PM-304.9**      All chimneys shall be maintained structurally safe and sound, and in good repair.

**PM-304.11**     Every window, door and frame shall be kept in sound condition, good repair and weather tight.

**PM-304.11.1**   All glazing materials shall be maintained free from cracks and holes.

**PM-304.13**     All exterior doors and hardware shall be maintained in good condition. Locks at all entrances to dwelling units, rooming units, and guest rooms shall tightly secure the door.

**PM-702.11**     All means of egress doors shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort.

**PM-304.14**     Every basement hatchway shall be maintained to prevent the entrance of rats, rain, and surface drainage water.

**PM-306.1**      All exterior property and premises, and the interior of every structure shall be free from any accumulation of rubbish or garbage.

(08/02/ 98  LUELLA

## EXTERIOR OF HOUSE AND GARAGE

1) YES    Are property areas being maintained in a clean, safe, and sanitary condition ?

oⁿ 2) NO   Are private sidewalks, driveways, and similar areas being kept free from trip hazards, large cracks, etc. ?

oⁿ 3) NO   Are the weeds, plant growth, and grasses less than 6 inches ?

4) YES    Are fences, retaining walls, porches, and decks in good repair ?

oⁿ 5) NO   Is the street address posted on the property and visible from the public right of ways such as the street and alley ?

( 7-14    Missing or deficient at    (REAR OF GARAGE ↑ HOUSE)
✗✗ 6) NO  Are the gutters, siding, fascia, and soffit areas free of peeling paint and deterioration ?

oⁿ 7) NO   Are all the exterior walls and chimneys in good repair ?

( 7-19    Is the roof preventing the elements from damaging the structure ?
✗ 8) YES  CERTIFICATION NEEDED YES ____ NO ____

✗ 9) NO   Are all windows, doors, screens, and frames in good repair on the exterior ?

10) YES   Do the exit doors have single keyed locks/dead bolts or is key permanently in place ?

' ✗ 11) NO Are all light fixtures and electrical outlets in good repair and are outside outlets protected by a ground fault interrupter circuit ?

12) N/A   Are all sheds or auxillary structures in good repair ?

oⁿ
## EXTERIOR COMMENTS   #2 SEAL PARKING AREA

oⁿ #3 CUT BACK BUSHES + TREE RUBBING AT ROOF

✗✗ #6 DOWNSPOUTS NEED ELBOWS

oⁿ #7 TUCKPOINT GAPS AT LIMESTONE SILLS

L✗ #9 REGLAZE BROKEN WINDOWS - REPLACE RIPPED

✗✗ OR MISSING STORMS, SCREENS, ↑ WINDOWS, —

✗✗ WINDOWS NEED GLAZING COMPOUND ↑ PAINT

✗ #11 PROVIDE OUTSIDE TYPE BULBS AT WEST

L✗ UNABLE TO TEST EAST G.F.I. ELEC. WAS OFF

L✗ SOFFIT PANELS MISSING NORTHWEST CORNER, GUTTERS

✗ DAMAGED AT N.W. CORNER. AND NORTH CORNER. ALSO DOWNSPOUT

✗ ELBOW MISSING AT FRONT DOOR N.E. CORNER. CAP OLD

DRYER VENT GROUND FLOOR SOUTH WEST CORNER

# MAJOR SYSTEMS

**HB0003 & PM 705.5**
Summarized state law. Smoke detectors shall be provided on each level of the occupancy and within 15 feet of bedrooms. In dwelling units with split levels. a smoke detector installed on the upper level shall suffice for the adjacent lower level if the lower level is less than one full story below the upper level.

**PM–404.5**    Clothes dryer venting systems shall be independent of all other systems and shall be vented in accordance with the manufacturers instructions

## PLUMBING

**PM 505.1**    All plumbing fixtures shall be properly installed and maintained in good working order. and shall be kept free from obstructions. leaks and defects.and be capable of performing the function for which such plumbing fixtures area designed. All plumbing fixtures shall be maintained in a safe. sanitary, and functional condition.

**PM-506.2**    The water supply shall be maintained free from contamination. and all water inlets for plumbing fixtures shall be located above the flood level rim of the fixture.

**PM-506.4**    Water heating facilities shall be properly installed. maintained. and capable of providing an adequate amount of water to be drawn at every sink, lavatory . bathtub, shower and laundry facility at a temperature of not less than 110 degrees. An approved combination temperature and pressure relief valve discharge pipe shall be properly installed and maintained on water heaters. **NOTE: The relief valve discharge pipe must be the proper size, type, and 6-12" from the floor. The venting must be properly installed and without rust and/or negative slope.**

**PM-507.1**    All plumbing fixtures shall be properly connected to either a public sewer system or to an approved private sewage disposal system.

## HEATING

**PM-603.1**    All mechanical equipment. fireplaces. and solid burning appliances shall be properly installed and maintained in a safe working condition. and shall be capable of performing the intended function. **NOTE: These systems shall not have evidence of back venting, rusted flues, or excessive rust in the appliance. Additional certifications may be required.**

**PM-603.2**    All cooking and heating equipment. components. and accessories in every heating . cooking and water heating devices shall be maintained free from leaks and obstructions.

**PM-603.3**    All fuel burning equipment and appliances shall be connected to an approved chimney or vent.

**PM-603.4**    All required clearances to combustible materials shall be maintained.

**PM-603.7**    Devices purporting to reduce fuel consumption by attachment to a fuel burning appliance. to the fuel line thereto. or from the vent outlet or piping therefrom. shall not be installed unless labeled for such purpose and the installation is specifically approved. **NOTE: Devices such as those manufactured by Ameritherm shall be removed unless proof can be given that they were approved by manufacturer.**

**603 PM.6**    A supply of air for complete combustion of the fuel and for ventilation of the space shall be provided for the fuel burning equipment.

ADDENDUM TO INSPECTION FOR **98 LUELLA**    DATE **7-29-03**

INSPECTOR **RODECK**

ADDITIONAL COMMENTS **Carpeting Missing — Front entry Jamb brok** ✗ Hang Closet Door

✗ APT ONE - PATCH - PAINT - CLEAN - DECORATE ETC.

✗ HANG DOORS - REPAIR KIT, & VANITY BOTTOMS

✗ DOOR TO LAUNDRY ROOM TO HAVE SELF CLOSURE -

✗ INSTALL MISSING WINDOWS - SMOKE DET - PLASTIC

✗ HOSE CONNECTIONS AT PLUMBING FIXTURES - LIGHTS

✗ NEED GLOBES - NO ELEC OR WATER    Shut off Value ✗ Leaks at Toilet

✗ APT TWO SOUTH - PATCH - PAINT - CLEAN - DECORATE -

✗ REPAIR BATHROOM CEILING - L.R. HAS HEAVILY PAINTED

✗ RECPT. - ENTRY DOOR TO BE VARNISHED - SMOKE

✗ DET. - PLASTIC HOSE CONNECTIONS AT PLUMBING

✗ FIXTURES - TUB HANDLE MISSING - LIGHTS NEED

✗ GLOBES - TOILET LOOSE AT FLOOR (NO WATER)

✗ APT 2 NORTH - PATCH & PAINT - BATH WALL TILES

✗ MISSING - SMOKE DET. - CLEAN - DECORATE -

✗ WATER IS OFF - ENTRY DOOR JAMB BROKEN -

✗ KIT CAB FRONTS MISSING - KIT. G.F.I. REV. POL.

✗ TOILET LOOSE AT FLOOR - L.R. COVER PLATE

✗ MISSING AT LIGHT SWITCH

ADDENDUM TO INSPECTION FOR _98 LUELLA_ DATE _7-29-03_

INSPECTOR _RODECK_

ADDITIONAL COMMENTS _____

OK APT THREE NORTH — ENTRY DOOR JAMB

OK BROKEN — NEW DOORS TO BE VARNISHED

OK REAR ENTRY DOOR IS BROKEN — BATH VANITY MISSING

OK TOILET LOOSE AT FLOOR — FRIDGE RECPT. HEAVILY

OK PAINTED — COVER PLATES MISSING — SMOKE DET.

OK LIGHTS NEED GLOBES — PATCH, PAINT, CLEAN,

OK DECORATE

OK APT THREE SOUTH — DEGREASE OVEN & ITS AREA

OK PLASTIC HOSE CONNECTIONS AT PLUMBING FIXTURES

OK ENTRY DOORS MISSING HARDWARE — PATCH, PAINT

OK CLEAN DECORATE — HANG DOORS — LIGHTS NEED

OK GLOBES — ENTRY DOOR JAMB BROKEN — B.R DOORS

OK MISSING HARDWARE — SMOKE DET.

FAX #

ADDENDUM TO INSPECTION FOR __98 Luella__      DATE __4-12-04__

INSPECTOR __Rodeck - Kowalczyk__

ADDITIONAL COMMENTS _____

OK Apt. 1 — Carpeting missing — Front Door Jamb broken

OK Shutoff valve at toilet leaks — Laundry Room Door to be

OK Self Closing — Hang Closet Doors — Windows Boarded over

★ 2N — Kit GFI Rev. Pol — Kit. Cabinets fronts missing FINISH — Toilet

OK loose — Tiles missing at Bath window Area — Bath GFI

OK Has open Ground — Kit. Exhaust Fan inoperable — L.R. Recpts

OK open Ground — Carpeting missing — Bath light Globe missing OK

OK 2S — Some Baseboard missing — Kit. Faucet missing Sprayer OK

OK Bath lav. Needs New washers — Toilet loose — Globe missing OK

OK at Front Door — Toilet runs Non stop and missing Seat OK

3N — Improper fit at front Door Knob — Kit. Exhaust Fan inoperable

OK Baseboards missing — Fire patch around Gas line at New Furnace

~~Furnace thru Partition Wall for Split Combustion~~ OK ★

OK 3S — B.R. Door missing Hardware — B.R. window cracked — Hang

OK Doors — Replace missing light Globes — Bath Floor tile missing ★ OK

OK Smoke Detector missing — Kit Cabinet Fronts missing — L.R. Recpt.

OK loose ★

Hallways — Light Globes missing — Hardwired Smoke Detectors

OK missing or Hanging by wires — Tile missing at stairs

OK ★

Laundry Room — Bare wire running thru panel to other panel

OK ★ Plan Holes — Breaker missing at Panel #4 — Label All Panels & circuits

Junction Box missing Knock out at Panel & behind Furnace — Repair & Secure Bx/conduit

at N.E. Wall OK ★

WATER IS OFF    *9/28* E VELLA

## MAJOR SYSTEMS PLUMBING

25) NO    Is the water heater properly installed ? MISSING

26) YES    Are the drains and supply pipes free from leaks and is all drains attached to the drain/waste/vent system ?

27) YES    Are gas valves present at gas supply piping to appliances and flexible lines free from corrosion ?
MISSING AT _____ REPLACE AT _____

28) N/A    Is sump pump piping acceptable at this time ?

_____
_____
_____
_____
_____

## HEATING UNITS

29) NO    Is the furnace/wall/boiler units working properly and free from excessive rust or debris ?
BOILER MISSING — PLUMBING PERMIT REQ
_____

30) N/A    Is fireplace free from cracks, creosote, or deterioration, and is damper working ?
31) NO    Are smoke detectors present on each level at each hall and within 15 feet of mechanical areas ? NOT WORKING, APTS, &
MISSING/INOPERABLE AT HANGING BY WIRES STAIRWAY
32) YES    Is the foundation free from large cracks ?
33) YES    Is the structure of the building free from unusual sagging, deterioration, and obvious structural problems ?

## ELECTRICAL
NO ACCESS TO ANY PANELS (NO LIGHTS)
34) NO    Are electrical panels properly installed and proper size ?
METER BOND REQ — Some APTS HAVE 220
RECPTS W/NO DOUBLE POLE BREAKERS
LABEL ALL CIRCUITS
35) Are all exit and emergency lights operating properly ?

## FIRE PROTECTION SYSTEMS

___    CERTIFICATION NEEDED ON    STANDPIPE    SPRINKLER SYSTEM
SMOKE DETECTORS    FIRE ALARM
___    NO PARKING SIGNS NEEDED AT FIRE DEPARTMENT CONNECTION
___    EXPIRED EXTINGUISHER SERVICING AT_____
___    MISSING EXTINGUISHER AT_____
N/O    IS SELF CLOSURE INSTALLED ON LAUNDRY ROOM ?

## ELEVATORS

Elevators must be certified as complying with ASME A17.1-90, Safety Code for Elevators and Escalators.

_____    Certification or inspection within last year presented ?

## ELECTRICAL

**MC6-308b1**

Electrical Service: Single family residences shall have a minimum of 100 amp service and multiple unit residences shall comply with the latest code.

**PM-604.3**

Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient outlets, improper wiring, or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard. NOTE: Similar reasons include but are not limited to, ground fault interrupter circuits shall protect all outlets within 6 feet of plumbing fixtures, those in garages, outside , and basement outlets other than the sump pump.

**PM 605.2**

Every habitable space in a dwelling shall contain at least two separate and remote receptacles outlets. Every laundry area shall contain at least one grounded type receptacle. Every bathroom shall contain at least one receptacle.

**PM-605.3**

Every public hall, interior stairway, water closet compartment, bathroom, laundry room, and furnace room, shall contain at least one electric lighting fixture. NOTE: Other areas of the code allow the inspector to judge sufficiency of the lighting. It is expected that there will be sufficient lighting for safe servicing of the equipment within a room.

## DEFINITIONS

**Bathroom:**  A room containing plumbing fixtures including a bathtub or shower.

**Habitable space:**  Space in a structure for living, sleeping, eating or cooking. Bathrooms, toilet compartments, closets, halls, storage, or utility spaces, and similar space are not considered habitable spaces.

**Openable Area:**  The part of a window or door which is available for unobstructed ventilation and which opens directly to the outdoors.

**Toilet Room:**  A room containing a water closet or urinal but not a bathtub or shower.

## GENERAL STATEMENTS

**PM-101.6**

All repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner.

**PM-103.1**

All equipment, systems, devices, and safeguards required by this code or a previous statute or code shall be maintained in good working order. The requirements of this code are not intended to provide the basis for removal or abrogation of fire protection and safety systems and devices in existing structures.

**PM-104.1**

All materials, equipment, and devices approved by the code official shall be constructed and installed in accordance with such approval.

**PM 105.1**

The code official shall enforce all of the provisions of this code

**PM 405.3**

Every room occupied for sleeping purposes by one occupant shall contain at least 70 square feet of floor area, and every room occupied for sleeping purposes by more than one person shall contain at least 50 square feet of floor area for each occupant thereof .