IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUSSEIN H. MANN and DEBRA HOUSTON-MANN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| CALUMET CITY, ILLINOIS, | ) ) ) ) |
| Defendant. | ) |

Case No. 08-cv-00555

Judge David H. Coar

**JOINT MOTION TO DEFER SCHEDULING CONFERENCE
SCHEDULED FOR MAY 29, 2008**

The parties hereby jointly request that the Court defer the Scheduling Conference scheduled for May 29, 2008. In support of this motion, the parties state as follows:

1. On May 13, 2008, the Court lifted the stay in this action and set the Scheduling Conference for May 29 at 9:00.

2. After the Court entered its May 13 order, Plaintiffs filed an amended complaint. In addition, on May 21, Plaintiffs filed a motion for a temporary restraining order and/or preliminary injunction (the "Injunction Motion"). The Injunction Motion is set for presentation on May 28, 2008 at 9:00.

3. City plans on filing a written response to the Injunction Motion.

4. The substance and timing of the Court's decision on the Injunction Motion could significantly affect the schedule for the case. Consequently, the parties request that the Court defer the Scheduling Conference set for May 29.

151804v1

5.   The parties will be prepared to discuss a new date for the Scheduling Conference when they appear before the Court on May 28 for hearing on the Injunction Motion.

6.   In addition, pursuant to the Court's May 13 order, the parties will also be prepared to discuss whether the order granting leave to intervene should be revisited in light of Judge Shadur's decision in the *Walker* case.

7.   In addition to the above reasons to defer the Scheduling Conference, lead counsel for the Plaintiffs is unavailable on May 29.

WHEREFORE, the parties jointly request that the Court defer the Scheduling Conference set for May 29.

May 22, 2008

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Mark A. Semisch
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, Illinois  60606
(312) 704-7700

Respectfully submitted,

**HUSSEIN MANN AND DEBRA HOUSTON-MANN**

By:   /s/ Patrick T. Nash
       One of their Attorneys

2

151804v1

## CERTIFICATE OF SERVICE

      I, Patrick T. Nash, certify that on this 22nd day of May, 2008, I electronically filed **JOINT MOTION TO DEFER SCHEDULING CONFERENCE SCHEDULED FOR MAY 29, 2008** and **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of said filing to:

>Mark H. Sterk
>Odelson & Sterk, Ltd.
>3318 West 95th Street
>Evergreen Park, Illinois  60805
>
>John B. Murphey
>Rosenthal, Murphey & Coblentz
>30 North LaSalle Street
>Suite 1624
>Chicago, IL  60602
>
>      /s/  Patrick T. Nash

151804v1