IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUSSEIN H. MANN and DEBRA HOUSTON-MANN, | ) )  ) |
| *Plaintiffs,* | ) )  ) |
| v. | ) ) ) |
| CALUMET CITY, ILLINOIS, | ) ) ) ) |
| *Defendant.* | ) |

Case No. 08-cv-00555

Judge David H. Coar

## NOTICE OF MOTION

To:     John B. Murphey              Mark H. Sterk
         Rosenthal Murphey & Coblentz    Odelson & Sterk, Ltd.
         30 North LaSalle Street           3318 West 95th Street
         Suite 1624                          Evergreen Park, Illinois 60805
         Chicago, Illinois 60602

     PLEASE TAKE NOTICE that on May 28, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in courtroom 1419 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **JOINT MOTION TO DEFER SCHEDULING CONFERENCE SET FOR MAY 29, 2008**, a copy of which is attached hereto.

Dated: May 22, 2008                  Respectfully submitted,

                                     HUSSEIN H. MANN and DEBRA HOUSTON-MANN,

                                     By:    /s/ Patrick T. Nash
                                               One of Their Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Mark A. Semisch
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

151806v1