# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 555 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Mann, et al vs. Calumet City, Illinois | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/28/2008 regarding motion for temporary restraining order[38], motion for miscellaneous relief[41]. For the reasons stated on the record, Plaintiffs' Motion for temporary restraining order and/or preliminary injunction [38] is denied.. Plaintiffs' Motion to defer scheduling conference scheduled for 5-29-08 [41] is denied, however, the Court will strike the Scheduling Conference set for 5/29/2008. Within fourteen days, the parties shall meet and confer pursuant to Rule 26(f) (Fed.R.Civ.P.), five days thereafter the parties shall file (e-file on the docket) a Report of Parties' Planning Conference pursuant to Rule 26(f) and the Proposed Scheduling Order pursuant to Rule 16(b). The Court will enter a completed schedule after the filing of the Report and Proposed Order.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|