**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HUSSEIN M. MANN and ) | | |
| DEBRA HOUSTON-MANN, ) | | |
| Plaintiffs, ) | Case No. 08 C 555 | |
| vs. ) | | |
| ) | Judge David H. Coar | |
| CALUMET CITY, ILLINOIS, ) | Magistrate Judge Morton Denlow | |
| Defendant. ) | | |

**MOTION TO DISMISS INTERVENORS AS PARTY-PLAINTIFFS**

The Defendant City of Calumet City ("City") by its attorneys John B. Murphey and Mark Sterk moves pursuant to FRCP 12(b)(1) and 12(b)(6) to dismiss the claims of the Intervenors Mainstreet Organization of Realtors Association (Association) and Ayanna Walker. The City further moves that this Court vacate it prior orders granting Walker and the Association leave to intervene as party-plaintiffs in this suit. In support of this Motion, Defendant states:

1. As to the Association, the Seventh Circuit has held that it lacks standing to challenge the Ordinance. 505 F.3d 742 (7th Cir. 2007). The Association's cert. petition was denied on June 2, 2008. 2008 WL 412430.

2. As to Walker, Judge Shadur has fully adjudicated and dismissed Walker's claim on mootness grounds. See attached dismissal order.

3. Neither Walker nor the Association has standing to litigate the validity of the Ordinance.

Wherefore, the City prays that this Court dismiss the Association and Walker as plaintiffs in this action.

                                      City of Calumet City

                                      By:   /s/ John B. Murphey

| | |
|---|---|
| JOHN B. MURPHEY/ARDC #1992635 | MARK STERK/ARDC #3125540 |
| Rosenthal, Murphey & Coblentz | Odelson & Sterk, Ltd. |
| 30 North LaSalle Street, Suite 1624 | 3318 West 95th Street |
| Chicago, Illinois 60602 | Evergreen Park, Illinois 60805 |
| Tel. (312) 541-1070 | Tel. (708) 424-5678 |
| Fax (312) 541-9191 | Fax (708) 424-5829 |

G:\rmcj\calumet city\mann\Motion to Dismiss Mainstreet.doc

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | | |
|---|---|---|
| Marcia B. Gevers | Mark H. Sterk | Philip C. Stahl |
| Marcia B. Gevers & Assoc. | Michael Joseph Hayes, Jr. | |
| 19710 Governors Hwy | Robert Wilder | Patrick Thomas Nash |
| Suite 8 | Richard F. Bruen, Jr. | Grippo & Elden |
| Flossmoor, Illinois 60422 | Odelson & Sterk | 111 South Wacker Drive |
| | 3318 W. 95th St. | Chicago, Illinois 60606 |
| | Evergreen Park, Ill. 60805 | |

Donald P. Bunin
Mark A. Semisch
Grippo & Elden LLC
111 South Wacker Drive
Chicago, Illinois 60606

                            /s/   Douglas M. Doty
                          ROSENTHAL, MURPHEY & COBLENTZ
                          Attorneys for Calumet City
                          30 North LaSalle Street, Suite 1624
                          Chicago, Illinois 60602
                          Tel. (312) 541-1070
                          Fax: (312) 541-9191