IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUSSEIN M. MANN and | ) | |
| DEBRA HOUSTON-MANN, | ) | |
| Plaintiffs, | ) | Case No. 08 C 555 |
| vs. | ) | |
| | ) | Judge David H. Coar |
| CALUMET CITY, ILLINOIS, | ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

## MOTION TO REASSIGN RELATED CASE PURSUANT TO LR 40.4

Now comes the defendant City of Calumet City ("City") by its attorney John B. Murphey and move that the case of <u>Salinske v. Calumet City</u>, No. 08-CV-3017, be reassigned from Judge Andersen to this Honorable Court. In support of this Motion, defendant states:

1.   A copy of the <u>Salinske</u> Complaint (minus exhibits) is attached hereto as **Exhibit 1**. As this Court can seem the <u>Salinske</u> plaintiff is represented by the same attorneys representing Mann. The Complaint in <u>Salinske</u> is virtually identical to the Complaint currently pending before this Court.

2.   Pursuant to LR 40.4(a), this case and <u>Salinske</u> are related because both cases involve the same issues of fact and law, as set forth in LR 40.4(a)(2). Both cases grow out of the same "occurrence"; i.e, the City's adoption of the point-of-sale ordinance for purposes of LR 40.4(a)(3).

3.   Pursuant to LR 40.4(b):

A.   Both cases are pending in this Court.

B.   The handling of both cases by this Court is likely to result in a substantial savings of judicial time and effort. This Court is familiar with the issues of the case. This Court has

already ruled on the Mann plaintiffs' Motion for TRO. The Mann plaintiffs have filed a Motion for Preliminary Injunction and the City has filed a Motion to Dismiss the Complaint.

4.    This case has not progressed to the point where designating the <u>Salinske</u> case as related would be likely to delay the proceedings of this case substantially. The parties are still at the early stages of this litigation.

5.    These two cases are susceptible to disposition in a single proceeding.

WHEREFORE, the City respectfully prays that this Court enter an order finding that these two cases are related within the meaning of this Rule and that the <u>Salinske</u> case should be reassigned to this Honorable Court. The City further prays that based on such finding, this Court forward such finding to the Executive Committee, together with a request that the Committee reassign the Salinske case to this Honorable Court.

                              Respectfully submitted,

                              City of Calumet City
                              By:    /s/ John B. Murphey

JOHN B. MURPHEY/ARDC #1992635      MARK STERK/ARDC #3125540
Rosenthal, Murphey & Coblentz           Odelson & Sterk, Ltd.
30 North LaSalle Street, Suite 1624      3318 West 95th Street
Chicago, Illinois 60602                     Evergreen Park, Illinois 60805
Tel. (312) 541-1070                         Tel. (708) 424-5678
Fax (312) 541-9191                         Fax (708) 424-5829

G:\rmcj\calumet City\mann\Motion Reassign Case.doc

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 13, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | | |
|---|---|---|
| Marcia B. Gevers | Mark H. Sterk | Philip C. Stahl |
| Marcia B. Gevers & Assoc. | Michael Joseph Hayes, Jr. | Maggie M. Hanel |
| 19710 Governors Hwy | Robert Wilder | Patrick Thomas Nash |
| Suite 8 | Richard F. Bruen, Jr. | Grippo & Elden |
| Flossmoor, Illinois 60422 | Odelson & Sterk | 111 South Wacker Drive |
| | 3318 W. 95th St. | Chicago, Illinois 60606 |
| | Evergreen Park, Ill. 60805 | |

Donald P. Bunin
Mark A. Semisch
Grippo & Elden LLC
111 South Wacker Drive
Chicago, Illinois 60606

       /s/ Douglas M. Doty
      ROSENTHAL, MURPHEY & COBLENTZ
      Attorneys for Calumet City
      30 North LaSalle Street, Suite 1624
      Chicago, Illinois 60602
      Tel. (312) 541-1070
      Fax: (312) 541-9191