IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HUSSEIN M. MANN and DEBRA HOUSTON-MANN,** <br><br>                            **Plaintiffs,** <br><br>    vs. <br><br> **CALUMET CITY, ILLINOIS,** <br><br>                            **Defendant.** | No. 08 C 555 <br><br> Judge David H. Coar <br><br> Magistrate Judge Morton Denlow |

### NOTICE OF MOTION

**TO:**  
Marcia B. Gevers  
Marcia B. Gevers & Assoc.  
19710 Governors Hwy  
Suite 8  
Flossmoor, Ill. 60422  

Philip C. Stahl  
Maggie M. Hanel  
Patrick Thomas Nash  
Grippo & Elden  
111 South Wacker Dr.  
Chicago, Ill. 60606  

Mark H. Sterk  
Amy Elaina Zale  
Tiffany Nelson  
Odelson & Sterk, Ltd.  
3318 West 95th Street  
Evergreen Park, Ill. 60805  

Donald P. Bunin  
Mark A. Semisch  
Grippo & Elden LLC  
111 South Wacker Drive  
Chicago, Illinois 60606  

    PLEASE TAKE NOTICE that on **Tuesday, June 24, 2008**, I shall appear before the Honorable David H. Coar, at the Dirksen Federal Building, 219 S. Dearborn St., Room 1419, Chicago, Illinois at **9:00 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **MOTION TO REASSIGN RELATED CASE PURSUANT TO LR 40.4,** a copy of which is attached hereto and served upon you herewith.

                                                          /s/ John B. Murphey

JOHN B. MURPHEY  
ARDC # 1992635  
ROSENTHAL, MURPHEY & COBLENTZ  
Attorneys for City of Calumet City  
30 North LaSalle Street, Suite 1624  
Chicago, Illinois 60602  
Tel.: (312) 541-1070  
Fax: (312) 541-9191

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Philip C. Stahl | Mark H. Sterk |
| Maggie M. Hanel | Amy Elaina Zale |
| Patrick Thomas Nash | Tiffany Nelson |
| Grippo & Elden | Odelson & Sterk, Ltd. |
| 111 South Wacker Drive | 3318 West 95th Street |
| Chicago, Illinois 6060 | Evergreen Park, Illinois 60805 |
| | |
| Marcia B. Gevers | Donald P. Bunin |
| Marcia B. Gevers & Assoc. | Mark A. Semisch |
| 19710 Governors Hwy | Grippo & Elden LLC |
| Suite 8 | 111 South Wacker Drive |
| Flossmoor, Ill. 60422 | Chicago, Illinois 60606 |

      /s/    Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for the City of Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax (312) 541-9191