IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUSSEIN M. MANN and DEBRA HOUSTON-MANN, | ) ) | |
| Plaintiffs, | ) | Case No. 08 C 555 |
| vs. | ) ) | Judge David H. Coar |
| CALUMET CITY, ILLINOIS, | ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

1. **Preliminary Injunction/Motion to Dismiss**

    A. Defendant will file its Response to the Motion for Preliminary Injunction and file its Motion to Dismiss with Supporting Memorandum on June 24, 2008.

    B. Plaintiffs will file their Reply Memorandum in Support of Motion for Preliminary Injunction and Response to the Motion to Dismiss on July 17, 2008.

    C. Defendant will file its Reply Memorandum in Support of Motion to Dismiss on August 1, 2008.

2. **Discovery**

    A. All disclosures required by Rule 26(a)(1) shall be made on or before August 17, 2008.

    B. Any amendments to pleadings or actions to join other parties shall be filed on or before August 17, 2008.

    C. The cutoff of fact discovery is February 28, 2009.

    D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before March 21,2009 (Plaintiffs), April 10, 2009 (Defendant).

    E. The parties may depose the other side's expert at any time prior to June 10, 2009.

    F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to July 8, 2009.

    G. The parties shall have until August 24, 2009 to depose the opposing party's rebuttal expert.

285340v1

3.  **<u>Motions</u>**

    Any dispositive motions shall be filed on or before March 31, 2009.  (Ordinarily this date will be 30 days following the close of fact discovery.)

4.  **<u>Final Pretrial Order and Conference</u>**

    The final pretrial order shall be filed on or before June 30, 2009.  (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

    The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference).

5.  **<u>Trial</u>**

    Trial is set in this matter on _____ at 10:00 a.m.  (The trial date will be set by the Court at the Rule 16 conference.).

6.  **<u>Status Hearings</u>**

    A further status hearing/preliminary pretrial conference should be held on _____.

    _____
    Judge David H. Coar
    United States District Judge

Dated:

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | | |
|---|---|---|
| Marcia B. Gevers<br>Marcia B. Gevers & Assoc.<br>19710 Governors Hwy<br>Suite 8<br>Flossmoor, IL  60422 | Mark H. Sterk<br>Michael Joseph Hayes, Jr.<br>Robert Wilder<br>Richard F. Bruen, Jr.<br>Odelson & Sterk<br>3318 West 95th St.<br>Evergreen Park, IL  60805 | John B. Murphey<br>ROSENTHAL, MURPHEY<br>& COBLENTZ<br>30 North LaSalle Street<br>Suite 1624<br>Chicago, IL  60602 |

                /s/Patrick T. Nash
                Patrick T. Nash
                Grippo & Elden LLC
                111 South Wacker Drive
                Suite 5100
                Chicago, IL  60606
                (312) 704-7700

285340v1