## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hussein H Mann, et al.

                          Plaintiff,

v.                                            Case No.: 1:08−cv−00555
                                              Honorable David H. Coar

Calumet City, Illinois

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

        MINUTE entry before the Honorable David H. Coar:Motion to reassign case [47] is reset to 6/30/2008 at 9:00 a.m. Motion Hearing set for 6/30/2008 at 09:00 AM. Parties should not appear on the presentment date of 6/24/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.