UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hussein H Mann, et al.
                Plaintiff,

v.                                 Case No.: 1:08−cv−00555
                                 Honorable David H. Coar

Calumet City, Illinois
                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable David H. Coar: MOTION by Defendant Calumet City, Illinois to dismiss First Amended Complaint [44] and MOTION [45] by Defendant Calumet City, Illinois to dismiss Intervenors as Party−Plaintiffs are stricken for the defendant's failure to comply with Local Rule 5.3(b) − presentment date.The date of 6/30/2008 regarding # 47 is stricken and reset to 7/8/2008 and no one should appear on 6/30/2008. MOTION [47] by Defendant Calumet City, Illinois to reassign case pursuant to LR 40.4 [47] is reset for 7/8/2008 at 09:00 AM. Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.