UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hussein H Mann, et al.
                              Plaintiff,
v.                                                    Case No.: 1:08−cv−00555
                                                      Honorable David H. Coar
Calumet City, Illinois
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

MINUTE entry before the Honorable David H. Coar: The parties having filed the Report and Proposed order, and per order of 5/13/2008, the Court enters the following schedule: Defendant will file its response to the Motion for Preliminary Injunction and file its Motion to Dismiss with supporting memorandum on 6/24/2008. Plaintiffs will file their reply memorandum in support of Motion for Preliminary Injunction and Response to the Motion to Dismiss 7/17/2008. Defendant will file its reply memorandum in support of motion to dismiss on 8/1/2008. All disclosures required by Rule 26(a)(1) shall be made on or before 8/17/2008. Any amendments to pleadings or actions to join other parties shall be filed on or before 8/17/2008. Discovery ordered closed by 2/28/2009. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 3/21/2009 as to the plaintiff and 4/10/2009 as to the defendants. The parties may depose the other side's expert at any time prior to 5/10/2009. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 6/8/2009. The parties may depose the opposing party's rebuttal expert by 7/8/2009. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). Dispositive motions with supporting memoranda due by 3/31/2009 (all motions are to be in accordance to and noticed for a date certain pursuant to Local Rule 5.3(b)). Final Pretrial Order due by 8/11/2009. Final Pretrial Conference set for 8/21/2009 at 11:00 AM. Jury Trial set for 8/31/2009 at 10:00 AM. Parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page.(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.