**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Hussein H Mann, et al.
                    Plaintiff,

v.                                     Case No.: 1:08−cv−00555
                                                Honorable David H. Coar

Calumet City, Illinois
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

    MINUTE entry before the Honorable David H. Coar: The Motions to Dismiss [#44 & 45] are reinstated and the following briefing schedule is entered: Set deadlines as to motion to dismiss [44], motion to dismiss[45] : Responses due by 7/17/2008, Replies due by 8/1/2008.Motion to dismiss [44] and Motion to dismiss [45] are taken under advisement − ruling to issue by mail.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.