IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUSSEIN H. MANN and DEBRA HOUSTON-MANN,<br><br>        *Plaintiffs,*<br><br>v.<br><br>CALUMET CITY, ILLINOIS,<br><br>        *Defendant.* | Case No. 08-cv-00555<br><br>Judge David H. Coar<br>Magistrate Judge Morton Denlow |

## UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

The parties hereby jointly request that the Court modify the briefing schedule for Plaintiffs' Motion for Preliminary Injunction and Defendant's Motion to Dismiss which was set forth in the Court's Orders entered July 2, 2008 (Docket Nos. 53, 54)(Ex. A). The parties further jointly request that the Court enter the new briefing schedule as set forth in the proposed Scheduling Order attached as Exhibit B. The parties do not seek relief with respect to any other dates set forth in the Court's July 2, 2008 Order (Docket No. 53) other than the briefing schedule on the Plaintiffs' Motion for Preliminary Injunction and Defendant's Motion to Dismiss. In support of this motion, the parties state as follows:

    1.    On June 17, 2008, the parties filed a Proposed Scheduling Order. (Ex. C). The Proposed Scheduling Order proposed that Defendant Calumet City, Illinois ("City") file its Response to Plaintiffs' Motion for Preliminary Injunction and its Brief in Support of its previously filed Motion to Dismiss on June 24, 2008. *Id.* The parties also proposed that, if City filed its Opening Briefs on June 24, then Plaintiffs would file their Reply Memorandum in Support of their Motion for Preliminary Injunction and their Response to City's Motion to

484959.1

Dismiss on July 17, 2008. *Id.* Lastly, the parties proposed that City would file its Reply Memorandum in Support of its Motion to Dismiss on August 1, 2008. *Id.*

2. On June 24 (the proposed due date for City's Opening Briefs), the Court entered an Order striking City's Motion to Dismiss for failure to comply with Local Rule 5.3(b) – presentment date. (Ex. D). Consequently, City did not file its brief in support of its Motion to Dismiss or its brief in opposition to Plaintiffs' Motion for Preliminary Injunction on June 24, 2008.

3. On July 2, 2008, the Court entered two Orders. (Ex. A). First, the Court reinstated City's Motion to Dismiss. (Ex. A at Docket No. 54). Second, the Court adopted the parties' proposed briefing schedule on the Motion to Dismiss and Motion for Preliminary Injunction and ordered that City file its Opening Briefs by June 24, 2008. (*Id.* at Docket Nos. 53 and 54). City, however, had not filed its briefs by June 24 (eight days prior to the entry of the Court's July 2 Orders) because the Court had stricken its Motion to Dismiss on June 24.

4. After entry of the July 2 Orders, the parties met and conferred to agree to a new briefing schedule since the schedule entered by the Court included deadlines that had already passed. The parties agreed to the schedule set forth in the proposed Scheduling Order attached as Exhibit B. Pursuant to that schedule, City would file its Opening Briefs by July 8, 2008, Plaintiffs would file their Reply Memorandum in Support of their Motion for Preliminary Injunction and their Response to City's Motion to Dismiss on August 7, 2008, and City would file its Reply Memorandum in Support of its Motion to Dismiss on August 21, 2008. In anticipation that the Court would agree with the parties' new schedule, City filed its Opening Briefs on July 7, 2008.

WHEREFORE, the parties jointly request that the Court grant the parties relief from the briefing schedule set forth in the Court's July 2, 2008 Orders and enter the Scheduling Order attached hereto as Exhibit B.

July 8, 2008

| | |
|---|---|
| Philip C. Stahl<br>Patrick T. Nash<br>Donald P. Bunnin<br>Mark A. Semisch<br>GRIPPO & ELDEN LLC<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 704-7700 | Respectfully submitted,<br><br>**HUSSEIN MANN AND DEBRA HOUSTON-MANN**<br><br>By:      /s/ Patrick T. Nash         <br>       One of their Attorneys |

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, certify that on this 8th day of July, 2008, I electronically filed **UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE** and **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of said filing to:

> Mark H. Sterk
> Odelson & Sterk, Ltd.
> 3318 West 95th Street
> Evergreen Park, Illinois 60805
>
> John B. Murphey
> Rosenthal, Murphey & Coblentz
> 30 North LaSalle Street
> Suite 1624
> Chicago, IL 60602

/s/ Patrick T. Nash

484959.1