# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hussein H Mann, et al.
            Plaintiff,

v.                                          Case No.: 1:08−cv−00555
                                              Honorable David H. Coar

Calumet City, Illinois
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable David H. Coar: The parties having filed the Report and Proposed order, and per order of 5/13/2008, the Court enters the following schedule: Defendant will file its response to the Motion for Preliminary Injunction and file its Motion to Dismiss with supporting memorandum on 6/24/2008. Plaintiffs will file their reply memorandum in support of Motion for Preliminary Injunction and Response to the Motion to Dismiss 7/17/2008. Defendant will file its reply memorandum in support of motion to dismiss on 8/1/2008. All disclosures required by Rule 26(a)(1) shall be made on or before 8/17/2008. Any amendments to pleadings or actions to join other parties shall be filed on or before 8/17/2008. Discovery ordered closed by 2/28/2009. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 3/21/2009 as to the plaintiff and 4/10/2009 as to the defendants. The parties may depose the other side's expert at any time prior to 5/10/2009. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 6/8/2009. The parties may depose the opposing party's rebuttal expert by 7/8/2009. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). Dispositive motions with supporting memoranda due by 3/31/2009 (all motions are to be in accordance to and noticed for a date certain pursuant to Local Rule 5.3(b)). Final Pretrial Order due by 8/11/2009. Final Pretrial Conference set for 8/21/2009 at 11:00 AM. Jury Trial set for 8/31/2009 at 10:00 AM. Parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page.(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hussein H Mann, et al.
                   Plaintiff,

v.

Calumet City, Illinois
                   Defendant.

Case No.: 1:08−cv−00555
Honorable David H. Coar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

       MINUTE entry before the Honorable David H. Coar: The Motions to Dismiss [#44 & 45] are reinstated and the following briefing schedule is entered: Set deadlines as to motion to dismiss [44], motion to dismiss[45] : Responses due by 7/17/2008, Replies due by 8/1/2008.Motion to dismiss [44] and Motion to dismiss [45] are taken under advisement − ruling to issue by mail.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUSSEIN M. MANN and <br> DEBRA HOUSTON-MANN, <br><br> Plaintiffs, <br><br> vs. <br><br> CALUMET CITY, ILLINOIS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 08 C 555 <br><br> Judge David H. Coar <br> Magistrate Judge Morton Denlow |

## SCHEDULING ORDER

This matter came before this Court on July 8, 2008. This Scheduling Order amends the briefing schedules for Plaintiffs' Motion for Preliminary Injunction and Defendant's Motion to Dismiss set forth in the Court's Minutes Entries (Docket Nos. 53 and 54), dated July 2, 2008. The new briefing schedule on the referenced motions is as follows:

A. Defendant will file its Motion to Dismiss with Supporting Memorandum and Response to the Motion For Preliminary Injunction on July 8, 2007.

B. Plaintiffs will file their Reply Memorandum in Support of Motion for Preliminary Injunction and Response to the Motion to Dismiss on August 7, 2008.

C. Defendant will file its Reply Memorandum in Support of Motion to Dismiss on August 21, 2008.

_____
Judge David H. Coar
United States District Judge

Dated:

480913.1

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUSSEIN M. MANN and DEBRA HOUSTON-MANN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 555 |
| vs. | ) ) | Judge David H. Coar |
| CALUMET CITY, ILLINOIS, | ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

1. **Preliminary Injunction/Motion to Dismiss**

    A. Defendant will file its Response to the Motion for Preliminary Injunction and file its Motion to Dismiss with Supporting Memorandum on June 24, 2008.

    B. Plaintiffs will file their Reply Memorandum in Support of Motion for Preliminary Injunction and Response to the Motion to Dismiss on July 17, 2008.

    C. Defendant will file its Reply Memorandum in Support of Motion to Dismiss on August 1, 2008.

2. **Discovery**

    A. All disclosures required by Rule 26(a)(1) shall be made on or before August 17, 2008.

    B. Any amendments to pleadings or actions to join other parties shall be filed on or before August 17, 2008.

    C. The cutoff of fact discovery is February 28, 2009.

    D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before March 21, 2009 (Plaintiffs), April 10, 2009 (Defendant).

    E. The parties may depose the other side's expert at any time prior to June 10, 2009.

    F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to July 8, 2009.

    G. The parties shall have until August 24, 2009 to depose the opposing party's rebuttal expert.

285340v1

3. **Motions**

   Any dispositive motions shall be filed on or before March 31, 2009. (Ordinarily this date will be 30 days following the close of fact discovery.)

4. **Final Pretrial Order and Conference**

   The final pretrial order shall be filed on or before June 30, 2009. (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

   The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference).

5. **Trial**

   Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.).

6. **Status Hearings**

   A further status hearing/preliminary pretrial conference should be held on _____.

   _____
   Judge David H. Coar
   United States District Judge

Dated:

2

285340v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | | |
|---|---|---|
| Marcia B. Gevers | Mark H. Sterk | John B. Murphey |
| Marcia B. Gevers & Assoc. | Michael Joseph Hayes, Jr. | ROSENTHAL, MURPHEY |
| 19710 Governors Hwy | Robert Wilder | & COBLENTZ |
| Suite 8 | Richard F. Bruen, Jr. | 30 North LaSalle Street |
| Flossmoor, IL 60422 | Odelson & Sterk | Suite 1624 |
| | 3318 West 95th St. | Chicago, IL 60602 |
| | Evergreen Park, IL 60805 | |

/s/Patrick T. Nash
Patrick T. Nash
Grippo & Elden LLC
111 South Wacker Drive
Suite 5100
Chicago, IL 60606
(312) 704-7700

285340v1

# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hussein H Mann, et al.

                      Plaintiff,

v.                                                   Case No.: 1:08−cv−00555
                                                   Honorable David H. Coar

Calumet City, Illinois

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

       MINUTE entry before the Honorable David H. Coar: MOTION by Defendant Calumet City, Illinois to dismiss First Amended Complaint [44] and MOTION [45] by Defendant Calumet City, Illinois to dismiss Intervenors as Party−Plaintiffs are stricken for the defendant's failure to comply with Local Rule 5.3(b) − presentment date. The date of 6/30/2008 regarding # 47 is stricken and reset to 7/8/2008 and no one should appear on 6/30/2008. MOTION [47] by Defendant Calumet City, Illinois to reassign case pursuant to LR 40.4 [47] is reset for 7/8/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.