IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUSSEIN H. MANN and DEBRA HOUSTON-MANN, <br><br> Plaintiffs, <br><br> v. <br><br> CALUMET CITY, ILLINOIS, <br><br> Defendant. | ) <br> ) <br> ) Case No. 08-cv-00555 <br> ) <br> ) Judge David H. Coar <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF MOTION

To:  John B. Murphey                Mark H. Sterk
     Rosenthal Murphey & Coblentz   Odelson & Sterk, Ltd.
     30 North LaSalle Street        3318 West 95th Street
     Suite 1624                     Evergreen Park, Illinois 60805
     Chicago, Illinois 60602

PLEASE TAKE NOTICE that on July 14, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in courtroom 1419 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**, a copy of which is attached hereto.

Dated: July 8, 2008                 Respectfully submitted,

                                    HUSSEIN H. MANN and DEBRA HOUSTON-
                                    MANN,


                                    By:   /s/ Patrick T. Nash
                                          One of Their Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Mark A. Semisch
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

487444.1