UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hussein H Mann, et al.
                    Plaintiff,
v.                                              Case No.: 1:08−cv−00555
                                                Honorable David H. Coar
Calumet City, Illinois
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

　　　MINUTE entry before the Honorable David H. Coar: The parties unopposed motion to modify briefing schedule on plaintiffs' motion for preliminary injunction and defendants motion to dismiss is granted. Defendant will file its motion to dismiss with supporting memorandum and response to the motion for preliminary injunction on 7/8/2008. Plaintiffs will file their reply memorandum in support of the motion for preliminary injunction and response to the motion to dismiss on 8/7/2008. Defendant will file its reply memorandum in support of the motion to dismiss on 8/21/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.