# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK SALINSKE, for himself and all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>CALUMET CITY, ILLINOIS,<br><br>               Defendant. | Case No. 08-cv-03017<br><br>Judge Wayne R. Anderson<br>Magistrate Judge Morton Denlow |

**DECLARATION OF THOMAS JOSEPH
IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING
ORDER AND/OR PRELIMINARY INJUNCTION**

I, THOMAS JOSEPH, declare as follows:

1. The following facts are personally known to me, and if called to testify, I could and would competently testify thereto.

2. I act as Government Affairs Director for the Mainstreet Organization of Realtors® ("Association") for the South and Southwest Suburban Cook and Will counties.

3. Since August 8, 2006 there have been at least 611 sales of property that have closed in Calumet City, Illinois ("City"). As of July 9, 2008, there were 564 active listings of property in City. Data supporting these facts is available through the Multiple Listing Service.

490921.2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10th, 2008

_____
Thomas Joseph

490921.2