IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUSSEIN M. MANN and ) | | |
| DEBRA HOUSTON-MANN, ) | | Case No. 08 C 555 |
| Plaintiffs, ) | | |
| vs. ) | | Judge David H. Coar |
| ) | | |
| CALUMET CITY, ILLINOIS, ) | | Magistrate Judge Morton Denlow |
| Defendant. ) | | |

**CALUMET CITY'S REPLY IN SUPPORT OF MOTION TO DISMISS
INTERVENORS MAINSTREET AND WALKER AS INTERVENORS**

MainStreet is incapable of having a claim against the City with respect to the Ordinance. That is the impact of the Seventh Circuit's ruling in MainStreet v. Calumet City, 505 F.3d 742 (7th Cir. 2000). To accept MainStreet's argument that it has standing to intervene in this litigation would mean that "title insurance companies, mortgage lenders, termite inspectors, moving companies, interior decorators, renovators, prospective homebuyers, sellers of for sale signs, suppliers of paint for the for sale signs, lessors of real estate brokers offices, colleges that the children of real estate brokers can no longer afford to attend because the broker's incomes have declined (and the children themselves of course) and so on, ad infinitum or at least ad nauseam," would also have standing to intervene. MainStreet at 745-6. The Seventh Circuit has firmly rejected this contention. To be entitled to intervene as of right under Rule 24(a)(2), the proposed intervenor's interest "must be one on which an independent federal suit could be based." Aurora Loan Services v. Craddieth, 442 F.3d 1018, 1022 (7th Cir. 2006). The Court of Appeals has definitively decided that this organization has no independent right to challenge the Ordinance, MainStreet would not be allowed to intervene as a matter of right, and should not be allowed to re-enter the fray through the 24(b) permissive intervention door.

As to Walker, her claims have been dismissed as moot by Judge Shadur. See **Exhibit 1.** Moot claims cannot become "unmooted" by way of intervention in somebody else's challenge.

Ironically, the only thing MainStreet, Walker, and the Manns have in common is the same set of lawyers. One of the most important considerations in determining whether to grant permissive intervention is whether the intervenor's interests are adequately represented by other parties. Lantz v. American Honda, 2007 WL 2875239 (N.D. Ill. 2007). We expect that even the attorneys for MainStreet and Walker would be forced to concede that the attorneys for the Manns are adequately representing their interests.

The City asks this Court to recognize this lawyers' ploy and reject their attempt to obtain backdoor standing by way of a misuse of FRCP 24(b)(1)(B). These parties should be denied intervention.

            City of Calumet City

            By:      /s/ John B. Murphey

| | |
|---|---|
| JOHN B. MURPHEY/ARDC #1992635 | MARK STERK/ARDC #3125540 |
| Rosenthal, Murphey & Coblentz | Odelson & Sterk, Ltd. |
| 30 North LaSalle Street, Suite 1624 | 3318 West 95th Street |
| Chicago, Illinois 60602 | Evergreen Park, Illinois 60805 |
| Tel. (312) 541-1070 | Tel. (708) 424-5678 |
| Fax (312) 541-9191 | Fax (708) 424-5829 |

G:\rmcj\Calumet City\Mann\Reply Support MTD Intervenors M & W to Intervene[1].doc

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | | |
|---|---|---|
| Marcia B. Gevers | Mark H. Sterk | Philip C. Stahl |
| Marcia B. Gevers & Assoc. | Michael Joseph Hayes, Jr. | Patrick Thomas Nash |
| 19710 Governors Hwy | Robert Wilder | Grippo & Elden |
| Suite 8 | Richard F. Bruen, Jr. | 111 South Wacker Drive |
| Flossmoor, Illinois 60422 | Odelson & Sterk | Chicago, Illinois 60606 |
| | 3318 W. 95th St. | |
| | Evergreen Park, Ill. 60805 | |

Donald P. Bunin
Mark A. Semisch
Grippo & Elden LLC
111 South Wacker Drive
Chicago, Illinois 60606

        /s/    Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191